IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| ABB INC., | ) |
| | ) |
| Defendant. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff RoboticVISIONTech, Inc., pursuant to Federal Rule of Civil Procedure 7.1, hereby states that no corporation owns 10% or more of RoboticVISIONTech, Inc.'s stock.

OF COUNSEL:
J.C. Rozendaal
Michael E. Joffre
William H. Milliken
Kristina Caggiano Kelly
Anna G. Phillips
William Rodenberg
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Ave, NW
Suite 600
Washington, DC 20005
(202) 371-2600

/s/ John W. Shaw
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

Dated: September 22, 2022