

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-070
(302) 298-0701 – Direct
jshaw@shawkeller.com

April 14, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    *RoboticVISIONTech, Inc. v. ABB Inc.*, C.A. No. 22-1257-GBW

Dear Judge Williams:

      I write on behalf of the parties to report that we have completed the Federal Rule of Civil Procedure 26(f) discovery planning conference and have, in large part, reached an agreed-upon Scheduling Order, a copy of which is enclosed. The parties have a few remaining areas of dispute:

- The trial and pre-trial conference dates. The parties believe that – after Your Honor assigns a trial date – they will be able to reach agreement on all remaining interim calendar dates, without further assistance from the Court.

- Whether document production should begin;

    - RVT submits that it has alleged its trade secrets with particularity, ABB did not move under Rule 12(b)(6) asserting that it could not understand the trade secrets in RVT's complaint, and proposes that document production should begin according to Federal Rule of Civil Procedure 26. RVT has already submitted discovery requests following the parties' Rule 26 conference.

    - ABB disputes that RVT has identified its alleged trade secrets with particularity, and consistent with its phasing proposal per Federal Rule of Civil Procedure 26(f)(3)(A)-(B), proposes that RVT do so before ABB produces its confidential documents and source code. ABB thus proposes that document production begin on the deadline for the production of core technical documents.

      The parties are available at the Court's convenience to respond to any questions or concerns that Your Honor may have.

SHAW KELLER LLP
Page 2

                                                                Respectfully submitted,

                                                                */s/ John W. Shaw*

                                                                John W. Shaw (No. 3362)

Enclosure
cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
         All counsel of record (by CM/ECF and e-mail)