# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | |
| Plaintiff, | |
| v. | Case No. 22-cv-01257-GBW |
| ABB INC., | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

## RVT's INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) and item 3(a) of the proposed Scheduling Order, Plaintiff RoboticVISIONTech, Inc. ("RVT"), herein identifies "the accused products, including accused methods and systems, and its damages model, as well as the asserted patents that the accused products allegedly infringe(s)." Plaintiff also "produces the file history for each asserted patent" and identifies "its alleged trade secrets with particularity."

### I.  Accused Products

The accused products in this case are ABB's robotic vision technology, including ABB's FlexVision 3D software (all versions, whether or not formally called "FlexVision 3D"), robots sold with a version of FlexVision 3D, and robots configurable for use with a version of FlexVision 3D (regardless of whether sold with a version of FlexVision 3D).

This identification of accused products is based on RVT's current knowledge and belief in view of the information available at this time. RVT reserves all rights to supplement or modify its identification of accused products following discovery.

### II.  Damages Model

RVT's damages include: (1) recovery of lost profits from RVT's competing eVF

1

software product, (2) reasonable royalties for sales of ABB's infringing FlexVision 3D software, (3) reasonable royalties for ABB's indirect infringement arising from sales of robots for use with FlexVision 3D software, (4) enhanced (treble) damages for willful infringement, (5) royalty-based damages and disgorgement of ABB profits for copyright infringement (or, in the alternative, statutory damages for copyright infringement), (5) disgorgement of ABB's profits for trade-secret misappropriation, and (6) punitive damages for willful and malicious conduct.

This identification of RVT's damages model is based on RVT's current knowledge and belief in view of the information available at this time. RVT reserves all rights to supplement or modify its damages model following discovery.

### III. Asserted Patents

The patents-in-suit are:

- U.S. Patent No. 6,816,755 entitled "Method and Apparatus for Single Camera 3D Vision Guided Robotics," issued November 9, 2004;

- U.S. Patent No. 7,336,814 entitled "Method and Apparatus for Machine-Vision," issued February 26, 2008; and

- U.S. Patent No. 8,095,237 entitled "Method and Apparatus for Single Image 3D Vision Guided Robotics," issued January 10, 2012.

The file histories of these asserted patents are attached to this document as Exhibits A-C.

### IV. Trade Secrets

RVT's trade secrets include the use of and source code responsible for (1) feature qualification, (2) reprojection, (3) inverse projection, (4) multiple pose-calculation methods to minimize feature count, and (5) the so-called "golden position" in creating a 3D model from a 2D image capture. Additional features and advantages that help identify and describe the scope and content of these trade secrets are as follows:

1.      **Feature qualification**

eVF uses trade-secret methods to qualify the features used during pose estimation. These methods have certain thresholds, some of which are set by the user, and eVF runs statistical calculations against these thresholds to determine whether any underperforming features should not be used during pose calculation at runtime. eVF will also discard at runtime features that it detects are not co-planar, to an optimized degree, for resiliency against optical skew. These methods have benefits over known methods by reducing noise, skew, and errors resulting from large pose deviations or lighting changes during the pose-estimation process. The ability to offer these benefits, where competitors cannot, gives RVT an advantage in the marketplace.

2.      **Reprojection**

eVF uses a method for improving the pose estimation during feature qualification, training the model, and pose calculation known as "reprojection." Reprojection is the process of running the inverse projection process (described below) multiple times during the pose-estimation algorithm, but with a pattern or feature eliminated. Statistical analyses are performed on the newly estimated poses and outlying features are discarded for the final calculation. This gives the software resiliency against feature error (e.g., from variability between parts) that allows it to improve the quality of the calculation or to identify features that should be eliminated during the model-training process.

3.      **Inverse projection**

To calculate a pose, eVF also uses a trade-secret technique called "inverse projection" with sparse model data (that is, without the typical usage of a depth map). Inverse projection improves accuracy in estimating the 3D location of a part with respect to a 2D camera image. It finds the camera position that minimizes the error of the locations of the features if the camera were looking at trained 3D sparse model. The software then performs a gradient descent

minimization technique to find the optimal camera position. Minimizing the location of the camera (as opposed to the conventional method of minimizing the location of the part) improves cycle times over known techniques.

If this technique fails to find a confident pose, eVF will try a second algorithm that uses a trade-secret 2D-to-3D center-of-mass registration (i.e. feature correspondences) process utilizing the Levenberg–Marquardt algorithm designed to find a solution efficiently even with starting parameter values far from the optimal solution. The traditional approach is to use only a gradient descent algorithm, which is less accurate in larger deviations. eVF's use of inverse projection is further enhanced by its leveraging of extrinsic camera-calibration algorithms to rapidly perform inverse projections with a calibrated camera. This technique increases efficiency gains to more direct methods of solving for pose estimation by setting up complex linear equations.

### 4. Use of multiple pose-calculation methods to minimize feature count

After RVT disclosed its patented method requiring a minimum of six features to calculate a 3D pose with a single camera, RVT developed a trade-secret method to perform robust, single-camera 3D pose estimations with only four part features. These methods, which include dynamically using multiple pose-calculation methods at runtime, allow RVT to perform its trade-secret feature qualification techniques without risk of having too few features. These methods also allow RVT's eVF product to work on smaller parts with fewer reliable features.

### 5. Golden position

To extrapolate 3D part information from a 2D image, eVF uses a sparse 3D model of the part instead of a 3D geometric or point-cloud model of the entire part itself (i.e., a CAD file). In RVT's trade-secret method, the location of the part in 3D space with respect to the camera position and the location of each feature within the part are collectively referred to as the "golden position." The golden position is thereafter used as the reference and basis for a series of

equations that accomplish pose estimation. For example, during inverse projection, features are assumed to be in their "golden position," allowing the system of equations to produce an accurate estimation for the optimal camera location. Each computed pose is further defined by its deviation from the part's global golden position, instead of by its coordinates in 3D space (the traditional approach). Locating each pose relative to the golden position instead of locating each pose in 3D space allows for more accurate and robust pose estimation based on more limited information. It also simplifies calculations in a way that allows pose estimation to be conducted just as accurately at any starting camera position.

Use of the golden position is different than the industry-standard method for locating an object in 3D space, namely geometric model-fitting, typically implemented with a RANSAC algorithm. This traditional method of pose estimation uses two camera positions to compute a dense depth image of an object. This depth image, along with a geometric model fitting algorithm, can be used to determine the location of the object. RVT's alternative method of creating a golden position through RVT's auto-train process, and then using that golden position as a reference point with which to define further pattern positions, enables pose estimation without a dense depth image, without computationally expensive model-fitting algorithms, and with a single camera.

This identification of trade secrets is based on RVT's current knowledge and belief in view of the information available at this time. RVT reserves all rights to supplement or modify its identification of trade secrets relevant to this dispute following discovery.

<table>
<tr><td>

OF COUNSEL:

J.C. Rozendaal
Michael E. Joffre
William H. Milliken
Kristina Caggiano Kelly
Anna G. Phillips
William Rodenberg
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Ave, NW
Suite 600
Washington, DC 20005
(202) 371-2600

Dated: March 31, 2023

</td><td>

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Plaintiff*

</td></tr>
</table>

6

## CERTIFICATE OF SERVICE

This is to certify that on this March 31, 2023, a true and correct copy of RVT's Initial Disclosures was caused to be served by electronic mail on the following counsel of record:

Benjamin Schladweiler
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Telephone: (302) 661-7352
schladweilerb@gtlaw.com

Gregory S. Bombard
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6027
gregory.bombard@gtlaw.com

Andrew Sommer
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
Telephone: (703) 749-1370
sommera@gtlaw.com


Dated: March 31, 2023

                                                           */s/ Kristina Caggiano Kelly*
                                                           Kristina Caggiano Kelly, Esq.

20029059.1