# EXHIBIT C



ROBOTICS

# Product specification
## Integrated Vision



Trace back information:
Workspace 22C version a10
Checked in 2022-09-29
Skribenta version 5.5.019

**Product specification**

**Integrated Vision**

IRC5

Document ID: 3HAC044266-001

Revision: G

© Copyright 2013-2022 ABB. All rights reserved.

Specifications subject to change without notice.

The information in this manual is subject to change without notice and should not be construed as a commitment by ABB. ABB assumes no responsibility for any errors that may appear in this manual.

Except as may be expressly stated anywhere in this manual, nothing herein shall be construed as any kind of guarantee or warranty by ABB for losses, damage to persons or property, fitness for a specific purpose or the like.

In no event shall ABB be liable for incidental or consequential damages arising from use of this manual and products described herein.

This manual and parts thereof must not be reproduced or copied without ABB's written permission.

Keep for future reference.

Additional copies of this manual may be obtained from ABB.

Original instructions.

© Copyright 2013-2022 ABB. All rights reserved.
Specifications subject to change without notice.

# Table of contents

Overview of this specification ................................................................................................. 7

1 **Integrated Vision** 9

   1.1    What is Integrated Vision ....................................................................... 9
   1.2    Typical applications ............................................................................... 10
   1.3    Required equipment ............................................................................... 12

2 **Overview of the product** 13

3 **Technical specification** 15

   3.1    Hardware ............................................................................................ 15
   3.2    Software ............................................................................................. 18

4 **Does Integrated Vision solve your application?** 21

5 **Stationary camera or mounted on the robot** 23

6 **Sales options** 25

7 **Specification of variants and options** 27

8 **Spare parts** 29

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# Overview of this specification

## About this product specification

This product specification describes the functionality, performance, and options available for Integrated Vision in terms of:

- Application environment setting
- Basic concepts
- Ease of use of the software application configuration
- Interactions with robots, cameras, sensors, conveyors, and other peripheral equipment
- Operation and controls
- Software and hardware options and licenses

## Usage

Product specifications are used to find data and performance about the product, for example to decide which product to buy. How to handle the product is described in the product manual.

## Users

It is intended for:

- Product managers and product personnel
- Sales and marketing personnel
- Order and customer service personnel

## References

| Reference | Document ID |
|---|---|
| *Product specification - Controller software IRC5* | *3HAC050945-001* |
| *Product specification - Controller IRC5* | *3HAC047400-001* |
| *Application manual - Integrated Vision* | *3HAC044251-001* |
| *Product specification - Robot user documentation, IRC5 with RobotWare 6* | *3HAC052355-001* |

## Revisions

| Revision | Description |
|---|---|
| - | New specification |
| A | Minor corrections/update |
| B | Minor corrections/update |
| C | Added the IRB 14000-specific stationary camera, In-Sight Micro 1402. |
| D | Note deleted in *Licensing on page 25*. |
| E | Minor corrections/update |
| F | Released with RobotWare 6.12.<br>• Added new cameras, DSQC1063 and DSQC1064. |

*Continues on next page*

© Copyright 2013-2022 ABB. All rights reserved.

**Overview of this specification**

*Continued*

| Revision | Description |
|---|---|
| G | Released with RobotWare 6.14.<br>• Updated Camera firmware versions of, DSQC1063 and DSQC1064. |

© Copyright 2013-2022 ABB. All rights reserved.

# 1  Integrated Vision

## 1.1  What is Integrated Vision

**General**

The purpose of ABB's Integrated Vision system is to provide a robust and easy-to-use vision system for general purpose Vision Guided Robotics (VGR) applications.

The system includes a complete software and hardware solution that is fully integrated with the ABB robot controller and the RobotStudio programming environment. The vision capability is based on the Cognex In-Sight® smart camera family, with embedded image processing and an Ethernet communication interface.

RobotStudio is equipped with a vision programming environment that exposes the full palette of Cognex EasyBuilder® functionality with robust tools for 2D part location, part inspection, and identification. The RAPID programming language is extended with dedicated instructions and error tracing for camera operation and vision guidance.



xx1900001400

| Position | Description |
|----------|-------------|
| A | PC (configuration from RobotStudio) |
| B | FlexPendant (monitoring and simple maintenance) |
| C | ABB Smart camera |
| D | IRC5 (connect up to 3 cameras) |

© Copyright 2013-2022 ABB. All rights reserved.

## 1.2  Typical applications

**Typical usage**

The Integrated Vision system can reduce the need for hard automation and in some cases solve tasks that can only be implemented using vision technology. Typical applications include part positioning, visual part inspection, sorting, identification, and more. The time from acquiring an image until the image processing has completed typically ranges from 50ms up to 2s or more, depending on the complexity of the task. For more information, see *Does Integrated Vision solve your application? on page 21*.

**Locating the part**

The vision system may be used as an alternative to mechanical fixtures to find the location and angle of the part in 2D. The vision system can be configured to find multiple types of parts – even simultaneously in the same scene if needed. Various vision tools are available ranging from simple and fast segmentation models that execute in a few milliseconds and up to complex feature based object recognition models with superior robustness.

**Inspecting the part**

The system comes with a large set of easy-to-use inspection tools tuned to a multitude of applications. Choose from simple operations such as brightness or sharpness measurements to complex pattern recognition operations. Multiple inspection tools and logic can be added as needed.

**Identifying the part**

With the Integrated Vision system the robot now also has the means to read text, bar codes, matrix codes etc. Thanks to the wide range of capabilities provided by the vision system it replaces an array of traditional sensors used in robotic applications.



xx1300002341

| Position | Description |
|----------|-------------|
| A | Find it |

*Continues on next page*

© Copyright 2013-2022 ABB. All rights reserved.

| Position | Description |
|----------|-------------|
| B | Verify it |
| C | Trace it |

© Copyright 2013-2022 ABB. All rights reserved.

# 1 Integrated Vision

## 1.3 Required equipment

**Software and hardware requirements**

The following software and hardware is required to run Integrated Vision:

- RobotWare version: 5.60 or later
- RobotWare option: 1341-1 Integrated Vision
- A PC with RobotStudio installed (for configuration, not required for production)
- RobotStudio Free version: 5.60 or later. Launch 32-bit version. DPI and text size shall be set to 100%.
- Main computer: DSQC10xx
- Camera firmware:
-    - DSQC1020, DSQC1021, and In-Sight Micro 1402: 4.10.05
  - DSQC1063 and DSQC1064: 5.07 or 6.2.1
  - AE3 Smart Gripper: 4.09.04
- FlexPendant: SxTPU3 (optional - FlexPendant can be used for viewing images)

 **Note**

RobotStudio is downloaded from _www.robotstudio.com_. Integrated Vision can be used with the free version of RobotStudio.

Cameras and RobotStudio connect through the service port of the main computer.

---

© Copyright 2013-2022 ABB. All rights reserved.

# 2  Overview of the product

**Hardware**

The camera system is based on the Cognex In-Sight® 7000 series, but any Cognex In-Sight® camera can be used. The camera is supplied with 24 VDC and Ethernet from the controller.

The kit cameras feature IP67 protection and C-mount lensing. Up to three cameras can be connected to the supplied Ethernet switch.

>  **Note**
>
> The functionality in Integrated Vision is verified with the following cameras (with ABB numbers):
> - DSQC1020, DSQC1021, and In-Sight Micro 1402 (ABB branded)
> - DSQC1063 and DSQC1064
>
> For other camera models all features might not work, for example, color is not supported.

**Software**

- Integrated Vision provides easy-to-use vision guidance for the robot controller.
- Simple installation and configuration of both cameras and robots from RobotStudio.
- Rich toolset of industry proven vision algorithms for various situations.
- Find, inspect and categorize parts using dedicated vision tools such as pattern matching, caliper measurements and barcode reading.
- Save time with dedicated RAPID instructions for camera communication.
- Monitor and record images from the FlexPendant during production.

Integrated Vision is installed as part of the RobotStudio and RobotWare software. The functionality is enabled with a RobotWare option (*1341-1 Vision Interface*).

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 3  Technical specification

## 3.1  Hardware

**Cameras**

The following table provides the basic characteristics of the kit cameras provided by ABB. For additional details, see the technical specification of the camera, available on the Cognex website.

The ABB kit cameras DSQC1020 and DSQC1021 are electrically and mechanically equivalent to In-Sight 7200 and 7402 respectively.

The ABB kit cameras DSQC1063 corresponds to In-Sight 7600 and DSQC1064 corresponds to In-Sight 7601. In-Sight 7601 is basically same camera as In-Sight 7600 but has higher resolution and sensor properties according to table below.

| Specification | DSQC1020 | DSQC1021 | DSQC1063 | DSQC1064 |
|---|---|---|---|---|
| Resolution | 800x600 | 1280x1024 | 800x600 | 1280x1024 |
| Sensor properties | 5.3 mm diagonal, 5.3 x 5.3 μm sq. pixels, monochrome | 8.7 mm diagonal, 5.3 x 5.3 μm sq. pixels, monochrome | 4.5 mm diagonal, 4.5 x 4.5 μm sq. pixels | 7.38 mm diagonal, 4.5 x 4.5 μm sq. pixels |
| Job/program memory | 512 MB | | 7.2 GB non-volatile flash memory | |
| Image processing memory | 256 MB SDRAM | | 512 MB SDRAM | |
| Sensor type | 1/1.8-inch CMOS | | 1/1.8-inch CMOS, global shutter | |
| Shutter speed | 16 μs to 950 ms | | 14 μs to 550 ms | 17 μs to 750 ms |
| Acquisition | Rapid reset, progressive scan, full frame integration | | | |
| Lens type | C-mount | | | |
| Protection | IP67 with lens cover properly installed | | IP67 with all cables properly attached (or the provided connector plug installed), the IP67-rated cover properly installed, and the Micro SD card cover fastened in place. | |
| Power consumption | 24VDC ±10%, 2 A<br>External light - Continuously on; output 24V, 500mA max.<br>External light - Strobe; output 24V, 1A max. at 50% duty cycle (max. on time of 100 ms) | | 24VDC ±10%, 1.5 A maximum | |
| C-mount lens, configuration, dimensions | 75 mm (2.95") to 83 mm (3.27") x 84.8 mm (3.34") x 55 mm (2.17") with lens cover installed.<br>42.7 mm (1.68") x 84.8 mm (3.34") x 55 mm (2.17") without lens cover installed. | | 81.7 mm (3.21") x 60.5 mm (2.38") x 90.1 mm (3.55") with C-mount cover.<br>35.7 mm (1.41") x 60.5 mm (2.38") x 90.1 mm (3.55") without C-mount cover. | |
| Operating temperature | 0°C to 45°C (32°F to 113°F) | | 0°C to 50°C | |

**Lenses**

It is important to select the correct lens before ordering a vision system. To select the correct lens, use *Cognex Lens Advisor*, see:

*http://www.cognex.com/ExploreLearn/UsefulTools/LensAdvisor/?id=8341*

*Continues on next page*

© Copyright 2013-2022 ABB. All rights reserved.

## 3  Technical specification

3.1  Hardware
*Continued*

When using the *Lens Advisor*, select product and model as follows:

- DSQC1020: In-Sight 7200
- DSQC1021: In-Sight 7402
- DSQC1063: In-Sight 7600 - VGA
- DSQC1064: In-Sight 7601 (In-Sight 7601 does not exist in *Lens Advisor* so when calculating lens for In-Sight 7601, use In-Sight 7801 it has the same resolution and field of view as In-Sight 7601)

ABB can provide lenses with focal length 8 mm, 12.5 mm, 16 mm, and 25 mm. Lenses with other focal lengths can be purchased from Cognex, if needed.

**Example of selecting lens**

Below is an example showing how to calculate the proper lens to be used, knowing the working distance between camera and work piece, and the required field of view. The example uses DSQC1021.

| Camera | DSQC1021 |
|---|---|
| Maximum distance between camera and product | 500 mm |
| Minimum field of view | 200 x 200 mm |

The example specifies that the FOV must be at least 200 mm in both vertical and horizontal directions. Since the image is rectangular rather than square, it means that the shortest dimension, the height, must be greater than 200 mm.

In this case an 8 mm lens would also work, but the resolution of the camera would not be fully utilized since the field of view would be larger than needed.

**YuMi-specific stationary vision**

Camera

The following table provides the basic characteristics of the YuMi-specific stationary camera, In-Sight Micro 1402.

| Specification | In-Sight Micro 1402 |
|---|---|
| Resolution | 1280x1024 |
| Sensor properties | 8.7 mm diagonal, 5.3 x 5.3 μm sq. pixels |
| Job/program memory | 128 MB non-volatile flash memory; unlimited storage via remote network device |
| Image processing memory | 256 MB |
| Sensor type | 1/1.8-inch CMOS |
| Shutter speed | 16 μs to 1,000 ms |
| Acquisition | Rapid reset, progressive scan, full frame integration |
| Lens type | CS-mount and C-mount (with 5 mm extension, included) |
| Protection | IP51 with cables and lens attached |
| Power consumption | 6.49 W maximum per Class 2 PoE |
| Dimensions | 30 x 30 x 60 mm (1.18 x 1.18 x 2.36 in) without mounting block<br>30 x 38.2 x 60 mm (1.18 x 1.50 x 2.36 in) with mounting block |

*Continues on next page*

© Copyright 2013-2022 ABB. All rights reserved.

| Specification | In-Sight Micro 1402 |
|---|---|
| Operating temperature | 0°C to 45°C (32°F to 113°F) |

**Lens**

HF 12.5HA-1B is the lens used together with the YuMi-specific stationary camera In-Sight Micro 1402. The following table details the basic specifications of the lens.

| Specification | HF 12.5HA-1B |
|---|---|
| Focus length (mm) | 12.5 |
| Iris range | F1.4-F16 |
| Operation | Focus: manual<br>Iris: manual |
| Angle of view (H x V) | 2/3": 38"47' x 29"35'<br>1/2": 28"43' x 21"44'<br>1/3": 21"44' x 16"23' |
| Focusing range (from front of the lens) (m) | ∞ - 0.1 |
| Object dimensions at M.O.D. (H x V) (mm) | 2/3": 78 x 58<br>1/2": 57 x 42<br>1/3": 42 x 32 |
| Back focal distance (in air) (mm) | 15.09 |
| Exit pupil position (from image plane) (mm) | -31.3 |
| Filter thread (mm) | M25.2 x 0.5 |
| Mount | C |
| Mass (g) | 45 |

© Copyright 2013-2022 ABB. All rights reserved.

**3  Technical specification**

3.2  Software

## 3.2  Software

**RobotStudio**

RobotStudio is equipped with an additional tab that can be launched when connected to a robot controller with the option Integrated Vision. A graphical interface provides point-and-click instructions to assemble a vision task or *job*. The vision tab offers a rich set of vision tools that can be used to solve a wide variety of applications. Rapid snippets are available to get off to a quick start.



xx1900001414

 **Note**

The ABB kit cameras cannot be programmed with Cognex In-Sight Explorer.

**Robot controller**

The RobotWare option Integrated Vision enables a set of dedicated instructions for communicating with the camera in an efficient manner. The instructions include commands for acquiring images, queue handling for the output as well as generic instructions for changing various parameters during runtime.

*Continues on next page*

Product specification - Integrated Vision
3HAC044266-001 Revision: G
© Copyright 2013-2022 ABB. All rights reserved.

**FlexPendant**

To eliminate the need for an additional operator panel the FlexPendant includes a vision application for monitoring images, observing result output, and saving images during run-time. The application can be configured so that the user may add favorite data to be displayed alongside the image.



xx1300002223

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 4  Does Integrated Vision solve your application?

When deciding to deploy a vision solution it is of critical importance to evaluate if the expected result can be achieved. The best way to make sure that required results can be achieved is to perform a test, and the closer the test setup is to the intended installation the better the result.

As good practice the following requirements shall be identified/quantified and verified:

| | | |
|---|---|---|
| Samples | Collect good and bad samples of the actual customer product to be used for evaluation. | OK |
| Accuracy | What accuracy is required? The overall number combines robot accuracy, influence by part variation, lighting etc. | OK |
| Tolerance | Can the part vary in size? Uniformly or irregularly? | OK |
| Cycle time | The vision system requires processing time. Depending on the application this may or may not affect the cycle time. | OK |
| Part position- ing | Make sure you know the perspective from which the camera will observe the object. A simple thing like looking at the object from the side may affect the result. | OK |
| Variations in the process | Apart from the verified variables, can something else change? | OK |
| Lighting needs | Lighting is extremely important. Shield out ambient light and applying light that brings out the desired features of the part. Experimentation is the only reliable method. | OK |
| Physical space con- straints | Taking all factors into consideration such as field of view, lighting solution, point of view – does everything fit together? | OK |

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 5  Stationary camera or mounted on the robot

**General**

Depending on the application requirements and physical constraints the camera may be mounted in different ways. Generally it can be said that mounting the camera on a fixed structure is more efficient unless requirements are such that the camera must be carried by the robot. When mounted on a robot the camera may be subjected to substantial force. For special considerations, see *Hardware on page 15*.

**Stationary**

A stationary camera generally provides faster cycle times since the robot does not have to stop on its path to acquire an image. Setup and calibration is generally easier with fixed cameras since the point from which the image is acquired is fixed. When mounting the camera on a fixed structure it is important that the camera is not subject to vibrations which can cause motion blur.

**Mounted on the robot**

When placing a camera on a moving position it is the responsibility of the user to make sure that the camera is not subjected to mechanical forces greater than what is specified in the camera specification. The cables are of a flexible type, but wear depends greatly on both the cable routing and the programmed robot path.

 **CAUTION**

When using a robot held camera, or by other means moving camera, it is important to have a good cable routing.

When routing the cables caution has to be taken to avoid mechanical stress on the connectors, allowing sufficient bend radius for the cables, and minimizing the wear on the cables. It is also recommended to fit the cables with extra wear protection at the attachment points and at especially exposed areas.

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 6  Sales options

**Licensing**

Integrated Vision is licensed as RobotWare option 1341-1. The software option enables the RAPID programming interface and FlexPendant operator panel. The vision programming tool in RobotStudio is free to use.

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 7 Specification of variants and options

**Options**

| Option | Description | Remark | Description |
|--------|-------------|--------|-------------|
| 1341-1 | Integrated Vision interface | Requires 24V [727-1 or 727-3] | The option provides the software option that enables use of the RAPID vision instructions and the FlexPendant operator panel. The controller is also fitted with the necessary hardware to enable connection of up to three cameras. |
| **Integrated Vision cameras** | | | |
| 1342-1 | (1-3) Medium resolution camera | Requires Integrated vision interface [1341-1] | Camera DSQC1020 as specified in section *Cameras on page 15*. <br><br> 10 m cables for EtherNet and Power I/O included with each camera. |
| 1343-1 | (1-3) High resolution camera | Requires Integrated vision interface [1341-1] | Camera DSQC1021 as specified in section *Cameras on page 15*. <br><br> 10 m cables for EtherNet and Power I/O included with each camera. |
| **Camera lenses** | | | |
| 1348-1 | (1-3) 8 mm camera lens | Requires Integrated vision interface [1341-1] | Camera lens with focal length 8 mm as specified in section *Lenses on page 15*. |
| 1352-1 | (1-3) 12.5 mm camera lens | Requires Integrated vision interface [1341-1] | Camera lens with focal length 12.5 mm as specified in section *Lenses on page 15*. |
| 1349-1 | (1-3) 16 mm camera lens | Requires Integrated vision interface [1341-1] | Camera lens with focal length 16 mm as specified in section *Lenses on page 15*. |
| 1350-1 | (1-3) 25 mm camera lens | Requires Integrated vision interface [1341-1] | Camera lens with focal length 25 mm as specified in section *Lenses on page 15*. |

**YuMi-specific option**

| Option | Description | Remark | Description |
|--------|-------------|--------|-------------|
| **YuMi-specific stationary vision** | | | |
| 1521-1 | (1-2) High res. PoE camera | Requires IRB 14000-0.5/0.5 [435-131] | This option provides a package specific to IRB 14000, including camera, lens, adapter, cables and so on. <br><br> Camera ISM1402 and related lens as specified in sections *YuMi-specific stationary vision on page 16*. |

© Copyright 2013-2022 ABB. All rights reserved.

This page is intentionally left blank

# 8  Spare parts

**Spare parts for Integrated Vision**

Available spare parts for Integrated Vision.

| Article number | Description |
|---|---|
| 3HAC053944-001 | 8 mm C-mount lens |
| 3HAC053944-002 | 12.5 mm C-mount lens |
| 3HAC053944-003 | 16 mm C-mount lens |
| 3HAC053944-004 | 25 mm C-mount lens |
| 3HAC053953-001 | DSQC1020 Camera Std Resolution for C-mount lens |
| 3HAC053954-001 | DSQC1021 Camera High Resolution for C-mount lens |
| 3HAC075182-001 | DSQC1063 Camera Std Resolution for C-mount lens |
| 3HAC075207-001 | DSQC1064 Camera High Resolution for C-mount lens |
| 3HAC075443-002 | Ethernet cable 10 m |
| 3HAC051736-004 | Ethernet cable 15 m |
| 3HAC051753-003 | Power cable 10 m |
| 3HAC051753-004 | Power cable 15 m |

**Spare parts for YuMi-specific stationary vision**

Available spare parts for YuMi-specific stationary vision.

| Article number | Description |
|---|---|
| 3HAC053166-001 | Cognex camera, ISM1402-11 |
| 3HAC053167-001 | Cognex LFC-12.5F lens |
| 3HAC053168-001 | Standard Ethernet cable 5 m |
| 3HAC053227-001 | PoE adapter |
| 3HAC024254-009 | Ethernet cable, straight con. 3 m |

© Copyright 2013-2022 ABB. All rights reserved.



**ABB AB**
**Robotics & Discrete Automation**
S-721 68 VÄSTERÅS, Sweden
Telephone +46 (0) 21 344 400

**ABB AS**
**Robotics & Discrete Automation**
Nordlysvegen 7, N-4340 BRYNE, Norway
Box 265, N-4349 BRYNE, Norway
Telephone: +47 22 87 2000

**ABB Engineering (Shanghai) Ltd.**
Robotics & Discrete Automation
No. 4528 Kangxin Highway
PuDong New District
SHANGHAI 201319, China
Telephone: +86 21 6105 6666

**ABB Inc.**
**Robotics & Discrete Automation**
1250 Brown Road
Auburn Hills, MI 48326
USA
Telephone: +1 248 391 9000

**abb.com/robotics**

3HAC044266-001, Rev G, en

© Copyright 2013-2022 ABB. All rights reserved.
Specifications subject to change without notice.