# EXHIBIT D



ROBOTICS

# Application manual
## Integrated Vision



Trace back information:
Workspace 22C version a10
Checked in 2022-09-29
Skribenta version 5.5.019

# Application manual

# Integrated Vision

### RobotWare 7.8

Document ID: 3HAC067707-001

Revision: D

© Copyright 20192022 ABB. All rights reserved.
Specifications subject to change without notice.

The information in this manual is subject to change without notice and should not be construed as a commitment by ABB. ABB assumes no responsibility for any errors that may appear in this manual.

Except as may be expressly stated anywhere in this manual, nothing herein shall be construed as any kind of guarantee or warranty by ABB for losses, damage to persons or property, fitness for a specific purpose or the like.

In no event shall ABB be liable for incidental or consequential damages arising from use of this manual and products described herein.

This manual and parts thereof must not be reproduced or copied without ABB's written permission.

Keep for future reference.

Additional copies of this manual may be obtained from ABB.

Original instructions.

© Copyright 20192022 ABB. All rights reserved.
Specifications subject to change without notice.

# Table of contents

Overview of this manual ...................................................................................... 7
Product documentation ........................................................................................ 9
Safety ................................................................................................................ 11

**1   Introduction to Integrated Vision                                                      13**

1.1   System overview ...................................................................................... 13
1.2   Vision safety ........................................................................................... 15
1.3   Getting started with Integrated Vision ......................................................... 16

**2   Installation                                                                          17**

2.1   Installing the hardware .............................................................................. 17
2.2   Installing the software .............................................................................. 18

**3   The RobotStudio user interface                                                        19**

3.1   The main window ...................................................................................... 19
3.2   Online help ............................................................................................. 20
3.3   The ribbon .............................................................................................. 21
3.4   The controller browser ............................................................................. 25
3.5   The image capture and configuration area ..................................................... 26
3.6   The filmstrip ........................................................................................... 28
3.7   The palette window ................................................................................... 30
3.8   The context window .................................................................................. 31
3.9   Options dialog ......................................................................................... 32
3.10  The spreadsheet view ............................................................................... 33

**4   Configuring Integrated Vision                                                         37**

4.1   Recommended working procedure ............................................................... 37
4.2   Preparations ........................................................................................... 38
4.3   Setting up the camera ............................................................................... 39
        4.3.1   Basic procedures ......................................................................... 39
        4.3.2   Additional camera configuration ..................................................... 41
        4.3.3   Restricting user access ................................................................. 44
4.4   Setting up a new vision job ........................................................................ 48
4.5   Setting up the image ................................................................................ 49
4.6   Calibration ............................................................................................. 51
4.7   Adding vision tools .................................................................................. 54
4.8   Output to RAPID ...................................................................................... 57
4.9   I/O handling ........................................................................................... 61
4.10  Preparing the RAPID program ..................................................................... 63
        4.10.1  RAPID snippets in RobotStudio ....................................................... 63
        4.10.2  Basic programming example .......................................................... 64
        4.10.3  Advanced programming examples .................................................... 66
4.11  Starting production .................................................................................. 68

**5   Reference information                                                                 69**

5.1   Relationships between coordinate systems ..................................................... 69
5.2   Calibration theory ................................................................................... 72
5.3   Best practise ........................................................................................... 75
        5.3.1   Evaluate performance before adopting a solution ............................... 75
        5.3.2   How to mount the camera .............................................................. 77
        5.3.3   Obtain accuracy .......................................................................... 78
        5.3.4   Obtain good lighting ..................................................................... 80
        5.3.5   Structuring the vision job .............................................................. 81
        5.3.6   Init routine ................................................................................. 82
        5.3.7   Enabling and disabling vision tools during runtime ............................. 83

© Copyright 20192022 ABB. All rights reserved.

|  | 5.3.8 | Avoid running out of space on the camera ................................................... | 85 |
|  | 5.3.9 | Backup a camera to the controller ............................................................ | 86 |
|  | 5.3.10 | Sort items of different types ................................................................... | 87 |
|  | 5.3.11 | Finding multiple items of the same type ..................................................... | 89 |
|  | 5.3.12 | Always check that the vision target is within expected limits ............................ | 91 |

| **6** | **RAPID components** | | **93** |

| **7** | **System parameters** | | **95** |

|  | 7.1 | Type IV Camera .................................................................................... | 95 |
|  | 7.1.1 | The IV Camera type ............................................................................... | 95 |
|  | 7.1.2 | Name ................................................................................................ | 96 |
|  | 7.1.3 | Username ........................................................................................... | 97 |
|  | 7.1.4 | Password ........................................................................................... | 98 |
|  | 7.1.5 | MAC Address ...................................................................................... | 99 |
|  | 7.1.6 | Communication Timeout ......................................................................... | 100 |
|  | 7.1.7 | Output to Rapid ................................................................................... | 101 |
|  | 7.1.8 | Max Time Image Request ........................................................................ | 102 |

| **A** | **Terminology** | | **103** |

| **Index** | | | **105** |

**Application manual - Integrated Vision**
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

# Overview of this manual

## About this manual

This manual contains instructions for installation, configuration, and daily operation of the option Integrated Vision for OmniCore controller.

## Usage

This manual should be used during installation, configuration, and maintenance of a system with the option Integrated Vision.

## Who should read this manual?

This manual is intended for:

- Installation personnel
- Programmers
- Operators

## Prerequisites

Maintenance/repair/installation personnel working with an ABB robot must be trained by ABB and have the required knowledge of mechanical and electrical installation/repair/maintenance work.

## References

| Reference | Document ID |
|---|---|
| *Operating manual - RobotStudio* | *3HAC032104-001* |
| *Operating manual - OmniCore* | *3HAC065036-001* |
| *Technical reference manual - RAPID Instructions, Functions and Data types* | *3HAC065038-001* |
| *Technical reference manual -  RAPID Overview* | *3HAC065040-001* |
| *Technical reference manual - System parameters* | *3HAC065041-001* |
| *Cognex In-Sight® 7000 Series Vision System Installation Manual* <br> This manual describes how to install the vision camera. Applicable for cameras DSQC1020, DSQC1021, and In-Sight Micro 1402. | *P/N 597-0138-01* |
| *In-Sight® 7600/7800 Series Vision System, Reference Guide* <br> This manual describes how to install the vision camera. Applicable for cameras DSQC1063 and DSQC1064. | - |

## Revisions

| Revision | Description |
|---|---|
| A | Released with RobotWare 7.0. |
| B | Released with RobotWare 7.2. <br> • Added new cameras, Cognex In-Sight® 7600/7800 <br> • Added the new instructions `CamGetMode`, `CamStartSetParameter`, and `CamWaitSetParameter`. <br> • Added the data type `camerastatus`. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

*Continued*

| Revision | Description |
|---|---|
| C | Released with RobotWare 7.6.<br>Removed references of Camera emulator. |
| D | Released with RobotWare 7.8.<br>Updated Camera firmware version. |

© Copyright 20192022 ABB. All rights reserved.

# Product documentation

## Categories for user documentation from ABB Robotics

The user documentation from ABB Robotics is divided into a number of categories. This listing is based on the type of information in the documents, regardless of whether the products are standard or optional.

 **Tip**

All documents can be found via myABB Business Portal, *www.abb.com/myABB*.

## Product manuals

Manipulators, controllers, DressPack/SpotPack, and most other hardware is delivered with a **Product manual** that generally contains:

- Safety information.
- Installation and commissioning (descriptions of mechanical installation or electrical connections).
- Maintenance (descriptions of all required preventive maintenance procedures including intervals and expected life time of parts).
- Repair (descriptions of all recommended repair procedures including spare parts).
- Calibration.
- Troubleshooting
- Decommissioning.
- Reference information (safety standards, unit conversions, screw joints, lists of tools).
- Spare parts list with corresponding figures (or references to separate spare parts lists).
- References to circuit diagrams.

## Technical reference manuals

The technical reference manuals describe reference information for robotics products, for example lubrication, the RAPID language, and system parameters.

## Application manuals

Specific applications (for example software or hardware options) are described in **Application manuals**. An application manual can describe one or several applications.

An application manual generally contains information about:

- The purpose of the application (what it does and when it is useful).
- What is included (for example cables, I/O boards, RAPID instructions, system parameters, software).
- How to install included or required hardware.
- How to use the application.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**Product documentation**

*Continued*

- Examples of how to use the application.

**Operating manuals**

The operating manuals describe hands-on handling of the products. The manuals are aimed at those having first-hand operational contact with the product, that is production cell operators, programmers, and troubleshooters.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

# Safety

**Safety regulations**

Before beginning mechanical and/or electrical installations, ensure you are familiar with the safety information in the product manuals for the robot.

The integrator of the robot system is responsible for the safety of the robot system.

© Copyright 20192022 ABB. All rights reserved.

This page is intentionally left blank

# 1  Introduction to Integrated Vision

## 1.1  System overview

**What is Integrated Vision?**

The purpose of ABB's Integrated Vision system is to provide a robust and easy-to-use vision system for general purpose Vision Guided Robotics (VGR) applications.

The system includes a complete software and hardware solution that is fully integrated with the robot controller and the RobotStudio programming environment. The vision capability is based on the *Cognex In-Sight®* smart camera family, with embedded image processing and an Ethernet communication interface.

RobotStudio is equipped with a vision programming environment that exposes the full palette of *Cognex EasyBuilder®* functionality with robust tools for part location, part inspection and identification. The RAPID programming language is extended with dedicated instructions and error tracing for camera operation and vision guidance.

**Hardware**

The camera system is based on the *Cognex In-Sight® 7000 series*, but most *Cognex In-Sight®* cameras can be used. The camera is supplied with 24 VDC and Ethernet from the controller.

The cameras are connected to the supplied Ethernet switch. The maximum number of cameras are three.

For more information see *Cognex In-Sight® 7000 Series Vision System Installation Manual* and *In-Sight® 7600/7800 Series Vision System, Reference Guide*.

>  **Note**
>
> The functionality in Integrated Vision is verified with the following cameras (with ABB numbers):
> - DSQC1020, DSQC1021, and In-Sight Micro 1402 (ABB branded)
> - DSQC1063 and DSQC1064
>
> For other camera models all features might not work, for example, color is not supported.

**Software**

The software solution is based on three components – RobotStudio, the robot controller with RobotWare and the RAPID programming language, and the FlexPendant.

RobotStudio presents vision and robot configuration parameters side by side, providing a convenient VGR programming environment.

RobotWare enables easy creation of RAPID programs that make maximum use of the camera system's capability. Among other features, the controller has a RAPID

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 1 Introduction to Integrated Vision

## 1.1 System overview
*Continued*

interface with a pre-established camera communication interface and vision target queue handling.

**Limitations**

- The integrated vision cameras are only intended for use on the management port network of the robot controller, and must be configured using the RobotStudio Integrated Vision add-in.
- A vision program created with RobotStudio contains special configuration data. When the *Output to Rapid* functionality is enabled, existing vision programs made with *Cognex EasyBuilder®* will have to be modified by the Integrated Vision add-in in order to be compatible with the OmniCore controller.

© Copyright 20192022 ABB. All rights reserved.

## 1.2 Vision safety

**General principles**

Using a vision sensor for robot guidance requires that the user observes caution when handling, installing, and configuring the system.

The user must always assume that the vision sensor is active even if the manipulator is not moving.

Before entering the working range of the manipulator, the user must take the following precautions to prevent the manipulator from starting to move.

---

 **WARNING**

If work must be carried out within the manipulator's work area, the following points must be observed:

- The operating mode selector on the controller must be in the manual mode position to render the three-position enabling device operational and to block operation from a vision sensor, a computer link, or a remote control panel.
- Anyone entering the manipulator working space must always bring the FlexPendant with him/her. This is to prevent anyone else from taking control of the manipulator without his/her knowledge.
- The three-position enabling device must never be rendered inoperational in any way.
- During programming and testing, the three-position enabling device must be released as soon as there is no need for the manipulator to move.

---

© Copyright 20192022 ABB. All rights reserved.

**1  Introduction to Integrated Vision**

1.3  Getting started with Integrated Vision

## 1.3  Getting started with Integrated Vision

**Checklist**

Before setting up the system, make sure that the necessary preparations have been made.

**Hardware**

- Complete IRB robot system with manipulator, OmniCore controller, and a FlexPendant
- The option *Integrated Vision interface* which includes:
    - Ethernet switch.
    - Ethernet cable for connecting the camera to the switch.
    - Ethernet cable for connecting the switch to the management port on the main computer.
    - Ethernet cable for connecting the switch to the management port on the controller.
    - Customer power supply.
    - Wires for supplying 24 VDC from the customer power supply to the Ethernet switch.
    - Cable for supplying 24 VDC to the camera.
- A pointing tool to be mounted on the robot for accurately defining work objects.
- PC.
- Ethernet cable for connecting the PC to the controller.
- *Cognex In-Sight®* camera.
- Camera lens.
- Lighting device.

**Software**

- RobotStudio 2019 or later, full installation.
- RobotWare 7.0 or later
- A RobotWare license with the option *Integrated Vision* enabled.

For information on how to configure Integrated Vision, see *Configuring Integrated Vision on page 37*.

© Copyright 20192022 ABB. All rights reserved.

# 2  Installation

## 2.1  Installing the hardware

**Overview**



xx1900000617

| A | Robot controller |
|---|------------------|
| B | Ethernet switch |
| C | Cameras |
| D | 24V power supply |

**Installation procedure**

Connect the following components and cables according to the figure:

| | Action |
|---|--------|
| 1 | Make sure the controller mains switch is turned off. |
| 2 | If using an external Ethernet switch, connect an Ethernet cable from the controller to the switch. |
| 3 | Connect an Ethernet cable from each camera to the switch. |
| 4 | Connect the 24 VDC power cables from each camera to the 24 VDC power supply. Make sure to connect ground to the installation. |

For more information see the *Cognex In-Sight® 7000 Series* manual, and the product manual and circuit diagram for the robot controller. See *References on page 7*.

 **CAUTION**

When using a robot held camera, or by other means moving camera, it is important to have a good cable routing along the robot arm.

When routing the cables caution has to be taken to avoid mechanical stress on the connectors, allowing sufficient bend radius for the cables, and minimizing the wear on the cables. It is also recommended to fit the cables with extra wear protection at the attachment points and at especially exposed areas.

© Copyright 20192022 ABB. All rights reserved.

## 2.2  Installing the software

**Installing RobotStudio**

The Integrated Vision configuration environment is designed as a RobotStudio add-in, and is included in the standard installation.

| | Action |
|---|---|
| | **Action** |
| 1 | Install RobotStudio. Select complete installation. |
| 2 | Start RobotStudio. |
| 3 | Go to the **Controller** tab on the ribbon menu and start the Integrated Vision add-in. After the add-in has finished loading a new tab named **Vision** is visible.  **Tip** <br> When a controller is connected, the Integrated Vision add-in can be started from the context menu of the controller node, the vision system node, or the camera node in the controller browser. |

For more information see *Operating manual - RobotStudio*.

> ℹ️ **Note**
>
> It is not recommended to change the RobotStudio language after the configuration of an Integrated Vision system has started.
>
> For more information, see *Changing the language on page 34*.

>  **Tip**
>
> A 3D model of the vision camera is included in the RobotStudio library.

**Installing RobotWare to OmniCore**

A RobotWare license with the option *Integrated Vision* enabled is required to to run Integrated Vision.

Use RobotStudio to configure, build, and download a RobotWare system to the OmniCore controller.

For more information see *Operating manual - RobotStudio*.

© Copyright 20192022 ABB. All rights reserved.

# 3  The RobotStudio user interface

## 3.1  The main window

**Overview of the main window**

This section presents an overview of the Integrated Vision graphical user interface.



xx1200000989

| | Parts | Description |
|---|---|---|
| A | Ribbon | Displays groups of icons organized in a logical sequence of function. |
| B | Configuration browser | The Configuration browser displays the I/O configuration tree and corresponds to the I/O System configuration tree. |
| C | Image capture and configuration area | Displays an image acquired by the vision camera with configuration guides for locating and inspecting parts. |
| D | Filmstrip bar | Used to record a sequence of images for later analysis. |
| E | Context window | Contains the available properties, settings, and events of the selected controls. |
| F | Palette window | Following tabs are available:<br>• **Results** tab - displays the setup of the active vision job with a list of all used location and inspection tools.<br>• **I/O** tab - displays the I/O setup.<br>• **Help** tab - provides online help. |

 **Tip**

If any window is accidentally closed, it can be restored from the **Customize Quick Access Toolbar**.

© Copyright 20192022 ABB. All rights reserved.

## 3.2 Online help

**General**

The experienced vision camera user, familiar with the *Cognex* line of products, will recognize most of the graphical user interface for vision in RobotStudio.

*Cognex EasyBuilder®* is the vision camera software from *Cognex* that is seamlessly *integrated* into RobotStudio to create the Integrated Vision system for the robot. The graphical user interface is only slightly adapted to give the best performance for Vision Guided Robotics.

This effects the online **Help** tab, since the online **Help** is also integrated without modifications of the content.

All references to parameters, settings, and technical explanations are correct. But any references to the GUI can be slightly incorrect depending on the implementation in RobotStudio.

Therefore use the online **Help** tab as the technical reference manual for all parameters and settings, and use this application manual as the reference for the graphical user interface.

**The online help tab**

The online **Help** tab is located in the palette window.

The online **Help** tab is a context sensitive technical reference manual for all Integrated Vision parameters and settings. This means that the content of the help tab adjusts to the operation that is currently performed in Integrated Vision. For example setting up the image, calibrating, adding location tools, etc.

 **Note**

Most parameters and settings are only described in the online **Help** tab, and not in this application manual.

**Terminology**

The list below describes the most common differences in terminology between the online help tab and the Integrated Vision application.

| If the online help tab says... | ...then it means: |
| --- | --- |
| *EasyBuilder®* | RobotStudio vision add-in tab |
| edit acquisition settings (group box) | the **Setup Image** button |
| calibrating the image to real world units (group box) | the **Calibrate** button |
| online | **Run Mode** |
| offline | **Program Mode** |

© Copyright 20192022 ABB. All rights reserved.

## 3.3 The ribbon

**Layout of the ribbon**

The Integrated Vision tab contains groups of commands organized in a logical sequence of functions that simplifies the managing of Integrated Vision projects.

The tab consists of the following groups:

| Group | Functions used for |
|-------|--------------------|
| **Camera** | Connecting to the vision cameras and setting camera properties. |
| **File** | Creating, saving and loading vision jobs. |
| **Image** | Loading and saving images. Images can both be acquired from a vision camera or loaded from a previously saved file. |
| **Configure Job** | Work flow of configuring vision jobs, organized in a logical sequence of functions. |
| **Production** | Setting the Integrated Vision system in program mode or run mode. (Similar to the robot controller auto/manual key switch on the control panel.) |

**Camera group**

The **Camera** group is used when connecting to cameras and configuring cameras.

| Button | Description |
|--------|-------------|
| **Connect** | Connect to the selected camera. |
| **Disconnect** | Disconnect the selected camera.<br><br>**Note**<br><br>A camera is also disconnected when the corresponding tab in the image capture and configuration area is closed. |
| **Rename** | Rename the camera to make it available in RAPID with a name. |
| **Network Settings** | Change the IP-settings of a connected camera. |
| **Set Date and Time** | Set the date and time of the camera. |
| **User Access Settings** | Edit the list of users on the camera and their associated privileges. |
| **Set Controller User** | Select the user profile to be used by the controller when communicating with the camera. |
| **Add Sensor** | Find a camera on the network and change its IP-settings. |
| **Properties** | View the camera properties. |

The same settings can also be accessed from the camera node context menu, see *Camera node context menu on page 25*.

**File group**

The **File** group is used for loading and saving jobs.

| Button | Description |
|--------|-------------|
| **New Job** | Create a new vision job. |
| **Load Job** | Load a vision job from file into the camera. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 3  The RobotStudio user interface

3.3  The ribbon
*Continued*

| Button | Description |
|--------|-------------|
| Save Job | Save the vision job to file. |
| Save Job As | |

For more information on jobs and where to save them, see *Setting up a new vision job on page 48*.

**Image group**

The **Image** group is used for handling images.

| Button | Description |
|--------|-------------|
| Acquire Image | Get a new image. |
| Live Video | Turn camera live video mode on/off. |
| Load Image | Load an image from file into the camera. |
| Save Image | Save the current image to file. |
| Show Filmstrip | Edit record/playback settings. |

**Configure Job group**

The **Configure Job** group is used for making the necessary settings to the current vision job. What objects the camera should locate, how to inspect the objects, and finally how the vision data should be transferred to the RAPID program.

| Button | Description |
|--------|-------------|
| Setup Image | Modify image acquisition parameters. |
| Calibrate | Calibrate image to real world units. |
| Add Part Location Tool | Add part location tool to the vision job. |
| Add Part Inspection Tool | Add an inspection tool to the vision job. |
| Output to RAPID | Select which vision job results are to be available in RAPID. |
| Inputs | Define camera inputs. |
| Outputs | Define camera outputs. |
| Advanced | Advanced settings and editing mode. |
| Run Job | Run the vision job. |

For more information about configuring Integrated Vision, see *Configuring Integrated Vision on page 37*.

**Production group**

The **Run Mode** button in the **Production** group is used for manually switching the camera between program mode and run mode.

When running the vision system in production, switching between program mode and run mode is done from the RAPID program.

| Button | Description |
|--------|-------------|
| Run Mode | Switch between program mode (button inactive) and run mode (button active). |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

For information on setting the run mode from the RAPID program, see *Preparing the RAPID program on page 63*.

**Advanced settings**

Following functionality and settings can be found under the **Advanced** button.

| Button | Description |
|---|---|
| **View Spreadsheet** | Advanced mode editing.<br>See section *The spreadsheet view on page 33*. |
| **Unprotect Job / Protect Job** | Protects locked cells in the spreadsheet from being edited.<br>See section *The spreadsheet view on page 33*. |
| **Displayed Image Settings** | Configures the resolution and frame rate of live and online images.<br>See section *Displayed Image Settings dialog on page 23*. |
| **Job Size** | Displays the size of the current job.<br>See section *Job Size dialog on page 23*. |
| **Update Firmware** | Update the firmware of the vision camera.<br>See section *Updating the camera firmware on page 42*. |

The same settings can also be accessed from the camera node context menu, see *Camera node context menu on page 25*.

**Displayed Image Settings** dialog

The **Displayed Image Settings** dialog configures the resolution and frame rate of live and online images.

| Setting | Description |
|---|---|
| **Live Acquisition**<br>• **Resolution** | Full, half and quarter resolution for live images. |
| **Live Acquisition**<br>• **Limit Maximum Rate** | Enables the **Maximum Rate (Frames/sec)** text box. |
| **Live Acquisition**<br>• **Maximum Rate (Frames/sec)** | Specifies the maximum number of images the sensor may send per second (0.016 to 100). This feature can be used to reduce network traffic by limiting the number of images sent. |
| **Online** (Run mode)<br>• **Resolution** | Full, half and quarter resolution for live images.<br>Optimized gives half when using **Camera** or **Continuous** mode, and full when using **Manual** mode. |
| **Online** (Run mode)<br>• **Limit Maximum Rate** | Enables the **Maximum Rate (Frames/sec)** text box. |
| **Online** (Run mode)<br>• **Maximum Rate (Frames/sec)** | Specifies the maximum number of images the sensor may send per second (0.016 to 100). This feature can be used to reduce network traffic by limiting the number of images sent. |

**Job Size** dialog

The **Job Size** dialog is used to configure the job size memory allocation that can be utilized by the vision system. The slider control allows to configure the memory allocation of the vision system. Adjust the slider to set the job's memory size allocation.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**3  The RobotStudio user interface**

3.3  The ribbon
*Continued*

Adjusting the **Job Size** limit of a vision system requires the vision system be rebooted, and will erase all job and settings files from non-volatile flash memory. Save or backup the job before continuing.

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

## 3.4  The controller browser

**Layout of the the controller browser**

The **Controller** browser is a hierarchical display of controller and configuration elements as found in the **Controller** tab view in RobotStudio.

For a detailed description of the contents and functionality of the **Controller** tab view in general, see *Operating manual - RobotStudio*.

For Integrated Vision a separate **Vision System** node is available. Under this node all cameras connected to the robot appear. Named cameras are identified with their name, unnamed cameras are identified with their MAC-id.

>  **Tip**
>
> When a controller is connected, the Integrated Vision add-in can be started from the context menu of the controller node, the vision system node, or the camera node in the controller browser.

**Camera node context menu**

On the individual camera node, a context menu is available with similar content as the **Camera** group, and the **Advanced** button on the ribbon.

| Button | Description |
|---|---|
| **Integrated Vision** | Start the Integrated Vision add-in. |
| **VC Configuration** | Settings to find a camera on a Virtual Controller. |
| **Connect** | Connect to the selected camera. |
| **Disconnect** | Disconnect the selected camera. <br><br> **Note** <br><br> A camera is also disconnected when the corresponding tab in the image capture and configuration area is closed. |
| **Rename** | Rename the controller to make the camera available in RAPID with a name. |
| **Restart** | Restart the camera. |
| **Properties** | View the camera properties. |
| **Advanced** | Same settings as under the **Advanced** button on the **Configure Job** group, see *Advanced settings on page 23*. |

© Copyright 20192022 ABB. All rights reserved.

Case 1:22-cv-01257-GBW  Document 31-4  Filed 05/08/23  Page 27 of 109 PageID #: 646
3  The RobotStudio user interface
3.5  The image capture and configuration area

## 3.5  The image capture and configuration area

**Layout of the image capture and configuration area**

The Image capture and configuration area is used to display the image that should be processed with Integrated Vision. The image can be acquired live by any online vision camera, or be loaded from a file.

Depending on the situation, different graphical configuration guides for locating and inspecting parts, coordinate systems, and graphic data appear in the area.

**Buttons in the image capture and configuration area**

| Button | Description |
|---|---|
| Accept changes (ENTER) | Used in some dialogs to accept a change, for example when modifying the calibration region. |
| Cancel changes (ESC) | Used in some dialogs to cancel a change, for example when modifying the calibration region. |
| Zoom In | Zoom buttons. |
| Zoom Out | |
| Zoom 1:1 | |
| Zoom to Fit | |
| Zoom to Fill | |
| Rotate Image | Rotate the image 90 degrees. |
| Show Selected Tool Graphics Only | Show graphics for selected tool only. |
| Filmstrip | Show the filmstrip bar. |
| Record | Start or stop recording images to the PC. |
| Increase Dependency Levels | Increase the number of displayed dependency level by 1. |
| Decrease Dependency Levels | Decrease the number of displayed dependency levels by 1. |
| Reset Dependency Levels | Set the number of dependency levels displayed to 0. |
| Show Dependency Errors Only | Toggle on/off for displaying dependency errors only or dependency levels. |

**Shortcuts in the image capture and configuration area**

| Functionality | Shortcut |
|---|---|
| Zoom | SHIFT + scroll wheel. |
| Zoom using window | CTRL + left mouse button while dragging the mouse. |
| Pan | CTRL + SHIFT + left mouse button while dragging the mouse. |

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

3.5  The image capture and configuration area
*Continued*

**Tabs in the image capture and configuration area**

Each camera is displayed in a separate tab in the Image capture and configuration area. The heading of the tab displays the name of the camera together with the name of the current job.

 **Note**

To close the tab is the same as disconnecting from the camera.

**The status bar**

On the bottom of the image capture and configuration area there is a status bar displaying the following information:

| Information | Description |
|---|---|
| **(R, G, B)@(x, y)** | Syntax: (Red, Green, Blue)@(x-coordinate, y-coordinate)<br>This information is only visible when the cursor is moved over the image area. The information shows the color and the coordinates of the pixel at the location of the cursor. |
| **% Job Size Available** | Displays the memory status of the vision camera. The percentage value shows how much memory is left to use. When the value is close to zero, all memory is consumed. |
| **Program Mode** / **Run Mode** | Displays the same status as the **Run Mode** button in the ribbon. |

© Copyright 20192022 ABB. All rights reserved.

## 3.6  The filmstrip

**Introduction**

The filmstrip is used to play back images recorded to the PC or review images and results stored to the sensor.

This functionality is useful for troubleshooting and fault tracing activities. For example if there are intermittent problems of locating and inspecting parts during production.

**Filmstrip settings**

Click the large **Filmstrip** button on the ribbon to access the **Display and record** dialog settings window.

There are three main groups of settings, sensor settings, record settings, and playback settings.

For information about the different **Filmstrip** settings, see the *Filmstrip* section in the online **Help** tab.

**The Filmstrip bar**

Click the small **Filmstrip** button in the image capture and configuration area to show the filmstrip bar.

Pass images are indicated with green color, and fail images are indicated with red color.

For more information on the pass and fail status of vision tools see *Pass and fail of vision tools on page 56*.

**PC filmstrip**

After the filmstrip settings have been configured, and the **Record** button is pressed, the pass and fail images are recorded and viewed in the filmstrip bar. The images can be saved from an online or offline camera to any folder on the PC.

The PC playback mode can be used to play back the recorded images, the image is sent to the vision camera and the job runs against the image being played back. Up to 10,000 images can be saved to the PC.

**Sensor filmstrip**

When the sensor is online and acquiring images, the sensor filmstrip can be used to monitor a job's performance.

As images are acquired, the job results including the acquired image and accompanying job data are stored to the sensor's RAM. As results are stored to the sensor, a pass or fail graphic is added to the filmstrip.

When a result is highlighted in the filmstrip, the filmstrip display changes from graphics to thumbnail images and the corresponding image is loaded to the display area.

Use the controls in the **Sensor Settings** tab in the **Display and record** dialog settings window to configure the sensor's behavior.

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

Up to 20 results can be saved, depending on the vision system's resolution and available RAM.

© Copyright 20192022 ABB. All rights reserved.

## 3.7  The palette window

**Results tab**

The **Results** tab displays the performance of each tool, and allows to troubleshoot or optimize the job settings.

The **Results** tab can be used to:

- Determine at a glance which tools are passing (green) or failing (red) by monitoring the semaphore of each tool.
- Visually identify the type of tool by its tool icon.
- Identify the tool by name.
- Double-click on a tool to modify it. The tool then appears in the **Context** window. Edit the parameters or graphics as needed.

It is also possible to right-click on a tool in the **Results** tab to access a short editing menu, which allows to copy, paste, delete, or edit the selected tool.

**I/O tab**

The I/O tab shows the active (green) or inactive (grey) status of each of the job's input and output signals. This allows monitoring of the I/O signals.

**Help tab**

See section *Online help on page 20*.

© Copyright 20192022 ABB. All rights reserved.

## 3.8  The context window

**Introduction**

The context window automatically updates to display the parameters for the selected application step. The context window is designed to guide the user through the step by presenting general parameters on the left side, and increasingly more specific parameters to the right.

In addition, depending on the tool added, the pane for the locate part and inspect part steps might also display visual aids, such as a feedback table or graph (to help configure the parameters for the application) and a range limits tab (for setting pass/fail criteria). Once a job is built, the steps can be revisited in any order, so that job parameters can be corrected and fine-tuned until the desired result is achieved.

Most of the steps require that the parameters be configured in a specific order. See the **Help** tab in the palette window for instructions for each step while developing the job.

**Usage**

The following functions uses the context window for settings and configurations:

- **Filmstrip**
- **Setup Image**
- **Calibrate**
- **Add Part Location Tool**
- **Add Part Inspection Tool**
- **Output to RAPID**
- **Inputs**
- **Outputs**

© Copyright 20192022 ABB. All rights reserved.

# 3  The RobotStudio user interface

## 3.9  Options dialog

**Accessing the options dialog**

| | Action |
|---|---|
| 1 | Make sure that the Integrated Vision tab is open. |
| 2 | Click the **File** tab. |
| 3 | Click **Options**. |
| 4 | Scroll to the **Integrated Vision** section. |

 **Note**

The Integrated Vision options are only visible when the Integrated Vision tab is open.

**Integrated Vision options**

| Topic | Setting | Description |
|---|---|---|
| **Behavior** | **Immediate Feed-back** | If checked, the search region in the Image capture and configuration area will be processed in *real-time* when adding and configuring vision tools. |
| | | If unchecked (default), the search region in the Image capture and configuration area will be processed at *mouse click* when adding and configuring vision tools. |

© Copyright 20192022 ABB. All rights reserved.

## 3.10  The spreadsheet view

**Introduction**

Integrated Vision inserts snippets into a spreadsheet when adding vision tools or otherwise editing the job. This is normally not shown to the user.

The spreadsheet view is an advanced mode that displays the configured job with all included vision tools in a spreadsheet mode. This is mainly intended for advanced users familiar with the *Cognex In-Sight Explorer®* software.

 **CAUTION**

An incorrect use of the spreadsheet may result in unmanageable errors in the vision job or the RAPID program.

**General**

The spreadsheet is similar to other spreadsheet applications in terms of its standard operations and functionality, such as manipulating blocks of cells, editing cells, referencing cells, and inserting functions. Organized into a table of cells arranged in 400 rows (numbered 0 to 399) and 26 columns (labeled A to Z), each cell is identified by its column letter and row number. For example, cell A2 is located at the intersection of column A and row 2.

The spreadsheet is configured one cell at a time. The content of each cell is defined as a formula, and any piece of information inserted into a cell (whether a single numeric value or a complex vision processing function) is considered a part of the formula.

The spreadsheet is equivalent with the camera memory. That is when the spreadsheet is full, the camera memory is full.

For more information on using the spreadsheet see the *Cognex In-Sight Explorer®* help.

 **Note**

A spreadsheet can contain a maximum of 4,096 active cells. Inserting a function (such as *FindBlobs*) that, in turn, inserts multiple vision data access functions into the spreadsheet can cause the spreadsheet to attempt to exceed the limit. In this case, no warning dialog is displayed. The cells over the 4,096 limit are simply not inserted.

**Transfer data to RAPID**

Any data that gets updated with each image acquisition can be transferred from the spreadsheet to RAPID using the **Output to RAPID** table. To make the data visible in the **Output to RAPID** table, a **Symbolic Tag** must be added to the cell holding the data.

The name of the tag must have the format *<Group>.<Result>*, for example `mydata.data`.

The **Symbolic Tag** is added from the right-click menu.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 3 The RobotStudio user interface

3.10 The spreadsheet view
*Continued*

**Changing the language**

When changing the application language for the GUI in RobotStudio, the GUI language of the Integrated Vision add-in will also change.

The integrated *Cognex EasyBuilder®* software creates new jobs in the currently set GUI language and populates the cells of the spreadsheet with translated names. This results in that when the job is opened using another GUI language setting, a lot of the data will have names in the language that was set when first creating the job. Any subsequent additions are created in the currently set language.

For this reason, it is highly recommended to use the same GUI language while programming and using the job.

Even though some labels describing data and settings are created in the local language, RobotStudio is set to create data with names (symbolic tags) in English. The reason is that data which may be accessed from RAPID shall not require language encoding, for example when using `CamGetParameter`.

 **Note**

It is not recommended to change the RobotStudio language after the configuration of an Integrated Vision system has started.

**Shortcuts in the spreadsheet view**

| Shortcut | Functionality |
|---|---|
| CTRL + 1 | Open the **Format Cells** dialog |

**Right-click menu**

Right-clicking within the spreadsheet displays a menu that allows various spreadsheet operations to be performed:

| Setting | Description |
|---|---|
| **Cut** | Cuts the selected cell(s). |
| **Copy** | Copies the selected cell(s) to the clipboard. |
| **Paste** | Pastes cell(s) that were cut or copied to the clipboard. |
| **Insert** | Inserts rows or columns equal to the number of rows or columns selected. If entire rows or columns are not selected, the Insert dialog opens to insert cells, rows or columns. |
| **Delete** | Deletes the selected rows or columns. If entire rows or columns are not selected, the **Delete** dialog opens to delete cells, rows or columns. |
| **Clear Contents** | Clears the contents of the active cell(s). |
| **Insert Function** | Opens the dialog to insert a function into the active cell. This option is available only if the active cell does not contain a function. |
| **Edit Function** | Opens the property sheet if the active cell contains a function with an associated property sheet, otherwise opens the **Insert Function** dialog. This option is available only if the active cell contains a function. |
| **Insert Absolute Reference** | Inserts an absolute cell reference into the active cell. |

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

| Setting | Description |
|---|---|
| Insert Relative Reference | Inserts a relative cell reference into the active cell. |
| Insert Comment | Opens the dialog to insert a new comment for the active cell. This option is available only if the active cell does not contain a comment. |
| Edit Comment | Opens the dialog to edit an existing comment for the active cell. This option is available only if the active cell contains a comment. |
| Insert Symbolic Tag | Opens the symbolic tag editor to insert a new symbolic tag for the active cell. This option is available only if the active cell does not contain a symbolic tag. |
| Edit Symbolic Tag | Opens the symbolic tag editor to edit an existing symbolic tag for the active cell. This option is available only if the active cell contains a symbolic tag. |
| Cell Graphic | Enters interactive graphics mode to edit the cell graphic. This option is available only when the active cell contains a function that has an associated cell graphic. |
| Cell State | Opens the dialog to enable or disable the execution of cells either explicitly or conditionally, based upon the value of a referenced cell. |
| Set Job Pass/Fail | Opens the setup dialog to monitor a cell, which contains a numeric result, to determine the job's overall pass/fail status. The job status can be sent to the RAPID program. |
| Custom View Settings | Opens the dialog to configure the properties of the custom view of the spreadsheet. |
| EasyView Settings | Opens the dialog to customize how data is displayed. |
| Format | • **Format Cells:** Opens the dialog to format the number, alignment, font and protection of the selected cell(s).<br>• **Row Height:** Opens the dialog to adjust the height of one or more spreadsheet rows.<br>• **Column Width:** Opens the dialog to adjust the width of one or more spreadsheet columns.<br>• **Hide:** Hides the selected row(s) or column(s).<br>• **Unhide:** Reveals the hidden row(s) or column(s) that lie between the selected row(s) or column(s). |
| Snippet | • **Import:** Opens the dialog to import the snippet, saved as a .CXD file, into the spreadsheet. This data file can be loaded from the snippets folder on the PC.<br>• **Export:** Opens the dialog to export the snippet, saved as a .CXD file, to the snippets folder on the PC. |
| Import Cells | Imports cell data as a .CXD file into the spreadsheet. |
| Export Cells | Exports cell data as a .CXD file. |

**Unprotect Job / Protect Job dialog**

The protect job dialog prevents the modification of all locked cells in the job. This can be useful for jobs with cells that must remain unchanged for the job to function correctly, but allow the rest of the job to be customized.

A job is protected with a user defined password, which can remain blank. The password is required to unprotect the job.

When the job is protected, formulas within any locked cell cannot be modified, but the formatting of the locked cells can still be modified (font, color, etc.). The formula

*Continues on next page*

35

© Copyright 20192022 ABB. All rights reserved.

3  **The RobotStudio user interface**

3.10  The spreadsheet view
*Continued*

of a locked cell remains visible, but grayed out, when the mouse pointer is resting on the locked cell.

 **Note**

Use the **Protection** tab in the **Format Cells** dialog to lock cells.

© Copyright 20192022 ABB. All rights reserved.

# 4  Configuring Integrated Vision

## 4.1  Recommended working procedure

**General**

This section describes the recommended working procedure when creating a new vision application. The working procedure helps to understand the dependencies between the different objects. A good approach when creating a new application is to start with the basic functionality. When that works as expected, expand the application.

A prerequisite is that all steps in the hardware and software installation procedures must have been performed, see chapter *Installation on page 17*.

**Basic steps**

Use this procedure to create a new vision application.

| | Action | See |
|---|---|---|
| 1 | Make some initial preparations. | *Preparations on page 38* |
| 2 | Setup the camera. | *Setting up the camera on page 39* |
| 3 | Create a new vision job. | *Setting up a new vision job on page 48* |
| 4 | Adjust the image settings of the vision camera. | *Setting up the image on page 49* |
| 5 | Calibrate the camera and the robot. | *Calibration on page 51*<br>*Calibration theory on page 72* |
| 6 | Add vision tools to locate and inspect parts in the image. | *Adding vision tools on page 54* |
| 7 | Make the vision data available to the RAPID program. | *Output to RAPID on page 57* |
| 8 | Setup the inputs and outputs of the vision camera, if any. | *I/O handling on page 61* |
| 9 | Prepare the RAPID program on the controller. | *Preparing the RAPID program on page 63*<br>*Technical reference manual - RAPID Instructions, Functions and Data types* |
| 10 | Start production. | *Starting production on page 68* |

For more useful tips about setting up a vision system, see *Best practise on page 75*.

© Copyright 20192022 ABB. All rights reserved.

# 4  Configuring Integrated Vision
## 4.2  Preparations

## 4.2  Preparations

**Preparations**

Experience shows that when starting with a clean system it is good to first load a RAPID program and make some initial preparations.

- Create tool data for all needed tools, and define the TCPs.
- Create work object data for all needed fixtures and define them.
- Etc.

The recommendation is to create a module and add the `MoveToDetectedObject` snippet. This way all the data that is edited during calibration, grip point training etc. will be in place.

 **Tip**

Use the `MoveToDetectedObject` snippet as a base when creating a new vision program.

For more information on adding snippets, see *RAPID snippets in RobotStudio on page 63*.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

## 4.3  Setting up the camera

### 4.3.1  Basic procedures

**Configuring the camera network and connecting to a camera**

When all cameras are physically connected, each camera needs to be configured with an IP-address and a name.

The IP-address for the camera is by default assigned automatically by the controller, using DHCP, but it is also possible to set a static IP-address.

The camera name is used as an unique identifier for the camera in all parts of the system, for example RobotStudio, RAPID programs etc. This enables that the IP-address of the camera can be changed, for example if the camera is replaced, without having to modify the program.

The robot controller browser in RobotStudio has a node called **Vision System**. This is used for configuring and connecting to cameras. A connection to a camera is established through the robot controller. The camera is connected as a FTP remote mounted disk.

The configurations of the cameras are stored in the system parameters of the controller. See the topic *Communication*, in *Technical reference manual - System parameters*.

Use this procedure to assign cameras to the controller:

| | Action |
|---|---|
| 1 | Make sure that the network adapter of the PC is set to obtain an IP-address automatically. |
| 2 | Make sure that any installed firewalls on the PC allows communication with the camera. |
| 3 | Connect the PC to the service port of the robot controller. |
| 4 | Start RobotStudio. |
| 5 | Connect to the controller and request write access over the controller. |
| 6 | Go to the **Controller** tab on the ribbon menu and start the Integrated Vision add-in. |
| 7 | Go to the **Vision** tab on the ribbon menu. |
| 8 | Expand the **Vision System** node of the controller browser.<br>Named cameras are displayed with their name, unnamed cameras are displayed with their MAC-id.<br><br>ℹ️ **Note**<br><br>If the camera does not show in the **Vision System** list, the IP-address of the camera can be set to a different subnet.<br>For more information, see *Connecting to a camera on a different subnet on page 41*. |
| 9 | Right-click on the camera and select **Connect**.<br>The image from the camera should now appear in a separate tab in the Image capture and configuration area. Use the camera image to identify the correct camera. |
| 10 | If necessary, update the image by pressing the **Acquire Image** button. |
| 11 | Right-click on the camera and select **Rename**. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 4  Configuring Integrated Vision

4.3.1  Basic procedures
*Continued*

| | Action |
|---|---|
| 12 | In the **Rename** dialog, enter the name of the camera in the **RAPID Camera Name** field.<br><br> **Note**<br><br>It is advisable to also set the camera **Host Name** to the same name as the **RAPID Camera Name**. |
| 13 | Restart the controller and the camera.<br><br> **Note**<br><br>It is important that both the controller and the camera is restarted. |
| 14 | The configured camera should now appear in the **Vision System** node of the controller browser. |

 **Note**

The names of the configured cameras are stored in the system parameters of the controller, topic **Communication** (SIO.cfg). The IP-settings are stored in the cameras.

**Disconnecting a camera**

To disconnect from a camera, click **Disconnect**, or simply close the corresponding tab in the image capture and configuration area.

**Removing a camera**

To remove a configured camera, the camera has to be deleted in the system parameters of the controller, topic **Communication** (SIO.cfg).

Use this procedure to remove a camera:

| | Action |
|---|---|
| 1 | Use the **Configuration Editor** in RobotStudio, or an offline editor, to open the system parameters of the controller, topic **Communication** (SIO.cfg). |
| 2 | Delete the corresponding instance of the type *IV Camera* for the selected camera:<br>    IV_CAMERA:<br>     -Name "MyCamera"  -MAC "..." |
| 3 | Restart the controller. |

For more information about using the **Configuration Editor** in RobotStudio, see *Operating manual - RobotStudio*.

For more information about system parameters, see *System parameters on page 95*.

© Copyright 20192022 ABB. All rights reserved.

## 4.3.2  Additional camera configuration

**Changing the IP-address of a camera**

The IP-address of the camera can be changed from the **Network Settings** dialog.

It is advisable to set the camera **Host Name** to the same name as the **RAPID Camera Name** given in the **Configuration** dialog. The system works even if this is not the case, but some of the integrated *Cognex EasyBuilder®* dialogs in RobotStudio use the host name to identify the camera.

Use this procedure to change the network setting and the camera host name:

|   | Action |
|---|---|
| 1 | Select the camera in the **Vision System** node of the controller browser. |
| 2 | Click on the **Connect** button drop-down menu and select **Network Settings**. |
| 3 | Either set a fixed IP-address on the same subnet as the controller and the PC, or enable DHCP. |
| 4 | It is advisable to also set the camera **Host Name** to the same name as the **RAPID Camera Name** given in the **Configuration** dialog. <br><br> ℹ️ **Note** <br><br> Do not change the **Telnet Port** or any other settings. |
| 5 | Click **Ok**. |
| 6 | Restart the camera. |
| 7 | Restart the controller. |

**Connecting to a camera on a different subnet**

If the IP-address of the camera is not on the same subnet as the controller and the PC, the camera will not show in the **Vision System** node of the controller browser. Therefore it is not possible to set a new IP-address using the **Network Settings** dialog.

Use this procedure to connect to cameras on a different subnet:

|   | Action |
|---|---|
| 1 | Click on the **Connect** button drop-down menu and select **Add Sensor**. |
| 2 | Click the camera in the list and either set a fixed IP-address on the same subnet as the controller and the PC, or enable DHCP. |
| 3 | Click **Apply**. |
| 4 | Restart the camera. |
| 5 | Restart the controller. |

**Changing the date and time of a camera**

Use this procedure to change the date and time of a camera:

|   | Action |
|---|---|
| 1 | Select the camera in the **Vision System** node of the controller browser. |
| 2 | Click on the **Connect** button drop-down menu and select **Set Date and Time**. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

## 4  Configuring Integrated Vision

4.3.2  Additional camera configuration
*Continued*

| | Action |
|---|---|
| 3 | Change the date and time settings. |
| 4 | Click **Ok**. |
| 5 | Restart the camera. |

**Updating the camera firmware**

When using a vision camera that was not delivered together with the Integrated Vision option, it may be necessary to update the camera firmware.

The latest firmware for the *Cognex In-Sight®* cameras is included in the RobotStudio installation.

Use this procedure to update the camera firmware:

| | Action |
|---|---|
| 1 | Select or right-click the camera in the **Vision System** node of the controller browser. |
| 2 | Click on the **Advanced** drop-down menu and select **Update Firmware**.<br>The camera model, the current version, and the new version of firmware is displayed. |
| 3 | Click **Update**. |
| 4 | Restart the camera. |
| 5 | Restart the controller. |

 **Note**

When running Integrated Vision, it is recommended that the camera has the following firmware version:
- DSQC1020, DSQC1021, and In-Sight Micro 1402: 4.10.05
- DSQC1063 and DSQC1064: 5.07.03 or 6.2.1
- AE3 Smart Gripper: 4.09.04

**Connecting to a camera on a virtual controller**

Connect to a camera on a virtual controller if a real controller is unavailable. The procedure to connect to a camera on a virtual controller is the same as connecting to a camera on a real controller. Before connecting to the camera, ensure that the service port is connected to the correct network so that the virtual controller listens to it.

| | Action |
|---|---|
| 1 | Check the IP-address of the PC network adapter to which the camera is connected. |
| 2 | Right-click the **Vision System** node and select **VC Configuration**. |
| 3 | Select the IP address (adapter) to which the camera is connected. |

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

Limitations

 **Note**

- The virtual controller does not have the same performance as a real controller when communicating with the camera.
- The virtual controller is provided "as is", therefore it should only be used for evaluation, training, support, testing, and similar.

© Copyright 20192022 ABB. All rights reserved.

### 4.3.3 Restricting user access

**Introduction**

RobotStudio communicates directly with the camera. For that reason the camera itself has got a user authentication method to provide the possibility to restrict the use of certain functionality.

RobotStudio and the controller both use a password to log on to the camera. By default the user name is *"admin"* and the password is blank *""*.

It is possible to edit the list of users on the camera and their associated privileges, and also to select which user name and password to be used the controller when it communicates with the camera. When updating the user list on the camera, make sure to also update the user profile used by the robot controller by clicking **Set controller user**.

**User authorization system (UAS)**

The user authentication method of the camera is separate from the user authorization system (UAS) of the robot controller.

Some actions specifically related to the controller requires write access, such as naming the camera. This is since the information is stored in the controller configuration. For all other actions, the user authentication of the camera applies.

For more information about UAS, see *Operating manual - RobotStudio*.

**Editing user access settings**

The **User Access Settings** dialog maintains the access level and FTP read/write privileges for authorized users of *Cognex In-Sight®* vision systems. The **User Access Settings** dialog determine which users may log onto a particular camera, as well as the types of changes they can make to the active job. Each camera has its own user list, separate from every other camera on the network. If a user needs access to a particular camera, they must know a user name and password that already exists in that camera's user list.

 **Note**

Every camera is pre-configured with three users: *admin*, *operator*, and *monitor*. These users are configured for *Full*, *Protected*, and *Locked* access levels, respectively.

 **Note**

The maximum number of users that can be added to one camera is 32.

**Setting the controller user**

Use this procedure to select the user profile to be used by the controller when communicating with the camera.

| | Action |
|---|---|
| 1 | Request write access over the controller. |

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

| | Action |
|---|---|
| 2 | Click on the **Connect** button drop-down menu and select **Set Controller user**. |
| 3 | Click on the **Select User** drop-down list and select a user. |
| 4 | Click **OK**. |
| 5 | Restart the controller. |

**Adding a new user**

Use this procedure to add a new user.

| | Action |
|---|---|
| 1 | Click on the **Connect** button drop-down menu and select **User Access Settings**. |
| 2 | Click **Add**. |
| 3 | Enter an alphanumeric string for the **User Name** field.<br><br>ℹ **Note**<br><br>The length of the user name and password strings cannot exceed 30 characters, and both are case-sensitive. |
| 4 | Enter a password for the new user. |
| 5 | Click on the **Access** drop-down list and select an access level for the new user.<br>For more information, see *Access levels on page 45*. |
| 6 | Optionally, disable the **Allow Run Mode/Program Mode** checkbox to restrict users with *Protected* access from toggling the program mode/run mode state of the sensor.<br>This checkbox is grayed out when the selected access level is *Full* or *Locked*. |
| 7 | Optionally, enable the **Allow Run Mode Job Save** checkbox to allow users with *Full* or *Protected* access to save jobs while in run mode.<br>This checkbox is grayed out when the selected access level is *Locked*.<br><br>ℹ **Note**<br><br>When checked, users with *Protected* access can save jobs in run mode even if the FTP write privilege is not enabled. |
| 8 | Specify the user's FTP, read, and write privileges.<br>For more information, see *FTP privileges on page 46*. |
| 9 | Click **OK**. |

**Access levels**

The access level controls how much interaction is allowed for the current user to prevent inadvertent or unauthorized changes to the configuration. The selected access level will be in effect whenever anyone logs on to the RobotStudio vision add-in with the selected user name and password.

Three access levels are available:

| Access level | Description |
|---|---|
| **Full** | This offers complete, unrestricted access to the camera.<br>Any job created in RobotStudio can be loaded, modified or saved, and all menu selections are available. The default *admin* user account has full access. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**4  Configuring Integrated Vision**

4.3.3  Restricting user access
*Continued*

| Access level | Description |
|---|---|
| Protected | The user has limited access to the sensor. |
| | Protected mode allows you to access *Live Video* mode, toggle the *Run Mode/Program Mode* status of the camera (if permitted by your allow run mode/program mode privileges), and open or save jobs (if permitted by your FTP read/write privileges). |
| | In the standard view (not spreadsheet view), protected access allows you to edit tool parameters, but not to add or delete tools. |
| | In spreadsheet view, protected access always displays the custom view of the spreadsheet. A user in protected mode can edit the values of any graphics controls functions visible in the custom view, but cannot change the functions themselves. The default operator user account has protected access. |
| | For more information about the spreadsheet view and the custom view, please refer to *Cognex In-Sight® Explorer User's Guide* available on the Cognex web-site. |
| Locked | This offers the most restrictive access. |
| | You can only monitor the operation of the current camera. The default monitor user account has locked access. |

**FTP privileges**

FTP read privileges apply to opening job or image files from the camera, while FTP write privileges apply to saving jobs or images to the camera.

Additionally, these permissions are in effect when the user attempts to log on to the active camera from a remote FTP client on the network. More specifically, these privileges need to be enabled for the controller to be allowed to carry out file operations on the camera.

If any firewall blocks the communication between the PC and the camera during a save job or load job operation, a network error gets displayed. For information on how to configure the firewall, see *Operating manual - RobotStudio*.

**Privileges and access levels needed by the controller user**

The user profile used by the robot needs FTP read/write privileges to allow file transfer between the camera and the controller.

The required access level is **Protected**, since this is the lowest level that allows changing between run mode and program mode. Make sure that **Allow Run Mode/Program Mode** is checked.

 **Note**

The user profile and associated password used by the controller to log onto the camera is stored in plain text in the robot configuration. Keep the privileges for this user profile to the necessary minimum.

---

**Editing an existing user**

Use this procedure to edit an existing user.

| | Action |
|---|---|
| 1 | Click on the **Connect** button drop-down menu and select **User Access Settings**. |
| 2 | Click **Edit**. |

---

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

| | Action |
|---|---|
| 3 | Modify the user settings as necessary.<br>For more information about the settings see *Adding a new user on page 45*. |

 **Note**

- If the *admin* password is changed, you must log off then log back on to the sensor with the new password or errors may occur.

- The access level, allow run mode/program mode privileges, FTP privileges, and user name for *admin* cannot be modified.

- The **Show Custom View at Log On** checkbox affects only the spreadsheet view. The standard RobotStudio view does not support custom views.

**Deleting an existing user**

Use this procedure to delete an existing user.

| | Action |
|---|---|
| 1 | Click on the **Connect** button drop-down menu and select **User Access Settings**. |
| 2 | Click **Delete**. |
| 3 | Confirm the deletion. |

 **Note**

The user *admin* cannot be deleted.

© Copyright 20192022 ABB. All rights reserved.

**4  Configuring Integrated Vision**

4.4  Setting up a new vision job

## 4.4  Setting up a new vision job

**Connecting to the camera**

Open RobotStudio and make sure that the camera is connected and tested according to the instructions in *Configuring the camera network and connecting to a camera on page 39*.

**Creating and saving a new job**

All camera configurations and settings in Integrated Vision put together, is called a *job*.

The active job is stored in the working memory of the camera and is lost in the case of a power fail. The job shall be permanently stored as a job file (.job) either on the flash disk of the camera or on the flash disk of the robot controller.

To be able to load the job file from the RAPID vision instructions, the job must be stored on the camera flash disk, but it is strongly recommended to also create a backup elsewhere in case the camera gets damaged.

If the robot controller is used for job storage, then the job must first be copied from the controller disk to the camera flash disk before loading the job into the camera memory. This is done with standard RAPID file handling instructions.

>  **Tip**
>
> For file transfer examples see the backup and restore snippets in RobotStudio.

Use this procedure to create a new job.

| | Action |
|---|---|
| 1 | Make sure that the camera is in **Program Mode**. |
| 2 | Click **New Job** in the ribbon. |
| 3 | Click **Yes** to clear all data from the current job. |
| 4 | Click **Save Job** or **Save Job As** in the ribbon.<br>The **Save As** dialogue will appear since the job has not been saved before. |
| 5 | Browse to the desired location, preferably on the camera flash disk. |
| 6 | Name the job and click **Save**.<br>The name of the job will appear on the image tab in the image capture and configuration area. |

**Position the camera**

If the camera is mounted on a moving part of the robot, now is the time to jog the camera into position and to store this position.

Before acquiring a new image, the camera always needs to be brought back to exactly the same position to maintain accuracy.

---

© Copyright 20192022 ABB. All rights reserved.

## 4.5  Setting up the image

**Introduction**

The most commonly used setting is the exposure time. A longer time allows more light into the camera and makes the image brighter.

Adjusting the settings of a vision job is often an iterative process and the exposure time often needs to be modified once or more before the job is ready. Sometimes the setting that is required for obtaining a clear image for calibration may not be exactly the same as the optimal setting for detecting the product. If a subsequent step proves that the image settings are not optimal, do not hesitate to go back a modify them.

 **Tip**

For more information see the *Best practise on page 75* chapter. Especially sections *Obtain good lighting on page 80* and *How to mount the camera on page 77*.

**Image trigger**

The image trigger setting decides which event that triggers the camera to acquire an image. To be able to trig the image from the Integrated Vision RAPID instructions, the trigger setting must be set to **Camera** or **External**.

 **Note**

If the RAPID instruction `CamReqImage` is used, set the camera image trigger type to **Camera**. If the same RAPID instruction, `CamReqImage`, is used with the optional argument `\AwaitComplete`, then the camera image trigger type has to be set to **External**.

**Image settings**

Use this procedure to setup the image.

| | Action |
|---|---|
| 1 | Make sure that the camera is in **Program Mode**. |
| 2 | Click **Setup Image** in the ribbon. |
| 3 | In the **Context** window, change the **Trigger** setting to **Camera** or **External** if using `CamReqImage` with optional argument `\AwaitComplete`. |
| 4 | If necessary, adjust the other settings to get the best image quality. |
| 5 | Save the job. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

4.5  Setting up the image
*Continued*

For information about all parameters and settings, see the *Set Up Image / Adjusting the Edit Acquisition Settings* section in the online **Help** tab.

>  **Note**
>
> The image settings are connected directly to the camera memory. All changes are applied immediately. Therefore there are no apply, save or undo buttons available. Save and backup the job frequently to avoid loss of data.

© Copyright 20192022 ABB. All rights reserved.

## 4.6 Calibration

### Introduction

An image consists of pixels, so in order to get the result in mm the camera needs to be calibrated. The **Calibrate** function is used to calibrate the image to real-world units.

The calibration consists of two basic steps. First the camera calibration which converts the image pixels to mm, and second the camera to robot calibration which relates the camera coordinates to a robot frame (work object).

The settings are displayed in the **Context** window. The different camera calibration types are described in the online **Help** tab, and in section *Calibration theory on page 72*.

To get the best accuracy the recommended calibration type for Integrated Vision is to use a checkerboard with fiducial, see *Camera to robot calibration on page 53*. The fiducial mark provides a clear reference which is later used for defining a corresponding work object.



xx1300001097

  **Note**

It is outmost important to setup the right size of the calibration grid, otherwise the calibration will be wrong.

### Camera calibration

Use this procedure to calibrate the camera.

| | Action |
|---|---|
| 1 | Make sure that the camera is in **Program Mode**. |
| 2 | Click **Calibrate** in the ribbon. |
| 3 | In the **Context** window, change the **Calibration Type** to **Grid**. |
| 4 | From the **Grid Type** drop-down menu select one of the checkerboard calibration plates with fiducial, reference point. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 4  Configuring Integrated Vision

## 4.6  Calibration
*Continued*

| | Action |
|---|---|
| 5 | If necessary, adjust the spacing, units, lens model, and number of poses settings.<br>• Use mm as the unit<br>• The lens model depends on from where the most distortion is expected. Either because the camera is viewing from an angle (projection), or that the lens itself is distorting the image (radial).<br>• Number of poses allows to use more than one image of the calibration plate to calibrate the camera in case the plate does not cover the full field of view. |
| 6 | Click **Print Grid** to print the calibration plate. The printed image must have a high contrast and the paper must not be reflective (high gloss).<br>Verify with a ruler that the squares are proportional.<br><br>💡 **Tip**<br><br>There are preprinted calibration plates located under the RobotStudio installation folder. These may be used if it is not possible to enter the calibration wizard when printing:<br>*C:\...\ABB Industrial IT\Robotics IT\RobotStudio x.xx\Bin\Addins\IntegratedVision\PDF Grids* |
| 7 | Place the calibration plate on a fixed position in the center of the camera image, at the same height as the objects that the camera shall identify. The calibration paper must be completely flat, adequately illuminated, and free from gloss and shadows.<br>Rotate the calibration plate so that the X and Y arrows corresponds to the desired direction of the work object. |
| 8 | In the **Context** window, click **Next**.<br>The calibration is now being calculated by the camera, and the number of found feature points are displayed. |
| 9 | Click **Next**. |
| 10 | Click **Calibrate** to apply the calibration. |
| 11 | Click **Finish** to complete the calibration. |
| 12 | Save the job. |
| 13 | Do not change the position of the calibration plate until the work object has been defined. |

For more information about parameters and settings, see the *Set Up Image / Calibrating the Image to Real World Units* section in the online **Help** tab.

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

**Camera to robot calibration**

The camera is calibrated to the robot by defining a work object with the same origin of coordinates as the calibration plate.

On a checkerboard calibration plate with fiducial, the origin of coordinates is located at the intersection of the extended X- and Y-arrows as seen in the picture below.



xx1200000994

|  | **Note** |
|---|---|

Before defining the work object, make sure to check where the origin is located on the currently used calibration plate.

Use this procedure to calibrate the robot.

|   | Action |
|---|---|
| 1 | Create a pointing tool and define the tool TCP. |
| 2 | Create one work object for each camera. |
| 3 | Activate the pointing tool and define the user frame of the work object along the corresponding x- and y-axes of the calibration plate.<br>Leave the object frame empty. |
| 4 | Test that the calibration is correct by jogging the robot in the work object. |
| 5 | The calibration plate can now be removed. |

For information on how to create and define tools and work objects, see *Operating manual - OmniCore*.

---

© Copyright 20192022 ABB. All rights reserved.

Case 1:22-cv-01257-GBW Document 31-4 Filed 05/08/23 Page 55 of 109 PageID #: 674
**4 Configuring Integrated Vision**
4.7 Adding vision tools

## 4.7 Adding vision tools

**Introduction**

The location tools are used to define a feature in the image that provides positional data. The location tools creates a reference point, which is used to locate a part in the image quickly and reliably, even if the part being inspected rotates or appears in different locations in the image.

The inspection tools are used to examine the parts located by the location tool. Depending on the requirements of the current application different tools are available for checking presence/absence, measurement, counting, geometry, etc.

The settings are displayed in the **Context** window.

**Adding a location tool**

Use this procedure to add a location tool.

| | Action |
|---|---|
| 1 | Load or acquire a new image. Make sure that the part to be located is present within the areas in the image where the part may appear. |
| 2 | Click **Add Part Location Tool**, then click the desired tool from the drop-down menu. |
| 3 | Follow the tool specific instructions in the context window. |
| 4 | If necessary, adjust the settings to get the best performance. |
| 5 | Save the job. |

For information about all parameters and settings, see the *Locate Part* section in the online **Help** tab.

**Most commonly used location tools**

| Part location tool | Description |
|---|---|
| **PatMax® Pattern** **PatMax® Patterns (1-10)** | Locates a single pattern, or up to ten patterns using the `PatMax®` algorithms, and reports the x- and y-coordinates, angle and score of the found patterns. |
| **Blob** **Blobs (1-10)** | Locates a single group, or up to ten groups, of dark or light-colored connected pixels, called blobs, and reports the x- and y-coordinates of the found blob. This tool is commonly used as a fixture to orient other vision tools. |

**Most commonly used location tool settings**

| Setting | Description |
|---|---|
| **Number To Find** | Defines the number of instances to detect. The default value is often 1 and must be increased to detect multiple instances. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

| Setting | Description |
|---|---|
| Rotation Tolerance | Defines how far the the found pattern can be rotated from the trained pattern and still be recognized as a valid pattern. The default value of +/-10° to 15° is often too small and needs to be increased.<br><br>ℹ️ **Note**<br><br>The `PatMax®` Vision tool consists of `PatQuick` and `PatMax` steps, rotation tolerance setting applies only to the `PatQuick` step. Hence, the final rotational result of the part might be slightly higher than the expected value. To obtain an exact rotation limit, a limit check in the RAPID code is recommended. |

**Adding an inspection tool**

Use this procedure to add an inspection tool.

| | Action |
|---|---|
| 1 | Load or acquire a new image.<br>Make sure that the pattern to be located is present within the areas in the image where the pattern may appear. |
| 2 | Click **Add Part Inspection Tool**, then click the desired tool from the drop-down menu. |
| 3 | Follow the tool specific instructions in the context window. |
| 4 | If necessary, adjust the settings to get the best performance. |
| 5 | Save the job. |

For information about all parameters and settings, see the *Inspect Part* section in the online **Help** tab.

**Most commonly used inspection tools**

| Tool group and part inspection tool | Description |
|---|---|
| **Presence/Absence Tools**<br>• **PatMax® Pattern** | Determines whether or not a trained pattern is present or absent, using the `PatMax®` algorithm. Reports a pass if the pattern is present and within limits, or a fail if it is outside of the limits. |
| **Presence/Absence Tools**<br>• **Blob**<br>**Blobs (1-10)** | Determines whether or not a group of dark or light-colored connected pixels, called blobs, are present or absent. Reports a pass if the blob feature is present and within limits, or a fail if it is outside of the limits. |
| **Measurement Tools**<br>• **Distance** | Measures the distance between any two features such as edges, circles, patterns, and/or blobs. Reports a pass and the distance in millimeters or pixels (unless the image is calibrated), or a fail if the reported distance is outside of the limits. |
| **Identification Tools**<br>• **PatMax® Patterns (1-10)** | Determines from a library of trained patterns which pattern best matches the pattern in the image, using the `PatMax®` algorithm. Reports the name of the found pattern and it's score compared to the trained model and results in a pass if the found pattern falls within limits, or a fail if it is outside of the limits or the pattern was not found. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 4  Configuring Integrated Vision

4.7  Adding vision tools
*Continued*

**Pass and fail of vision tools**

For each location and inspection tool there is a check box that defines whether or not the tool's pass/failure status should be included in the job's overall pass/fail status. By default, it is checked and will be included in the job's overall pass/fail status.

Clear the check box to keep the tool's pass/failure status separate from the other tool's in the job.

This control should be unchecked if a tool is expected to fail. For example, if two identification tools were being used to determine whether or not the part was a right-hand or a left-hand part. One of the tools would be expected to fail every time. If the checkbox was checked, this situation would result in the job failing every time regardless of which side of the part was identified.

**Links between vision tools**

The output results of one vision tool can be used as input parameters for another tool. Then the tools are linked.

Tool properties are divided into input and output properties, and links can only be established from output properties to input properties. Output properties can be linked to multiple separate input properties, while an input property only accepts one output property linked into it. The most common example is when a location tool is used as a fixture for the inspection tool.

The links are displayed visually as graphical arrows in the **Results** tab. The graphical arrows cannot be edited. To remove or change a link, the parameters has to be removed from the vision tool.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

## 4.8  Output to RAPID

**Introduction**

The camera job produces a number of parameters with each image that is acquired. Most important is the output of the configured vision tools, but also additional data such as the used exposure time etc.

The mapping dialog in **Output to RAPID** provides a simple but flexible way for the user to select which data to be converted to RAPID variables. The purpose is to allow the user to experiment and alter the vision job without having to modify the RAPID program that makes use of the vision data.

The dialog allows the user to click and select which vision output parameter to be mapped to a specific property of the RAPID `cameratarget` record. It also allows creating categories of camera targets by defining the name property of the camera targets that are produced by the vision job.



xx1300001098

**Setup communication**

The **Output to RAPID** functionality is displayed in the context window. The data from the camera is mapped to the `cameratarget` by choosing the desired data and arguments from the drop-down menus.

The data type `cameratarget` has a number of predefined components for data. These can be used in any way as long as the data type is considered. For a complete description of the data type `cameratarget` see *Technical reference manual - RAPID Instructions, Functions and Data types*.

| View | Description |
|---|---|
| **Part names** | An explaining name of the part that the location- or inspection tool has identified (e.g. "Nut", "Screw", "Bolt", etc). |
| | This name will be transferred to the `name` argument of the resulting `cameratarget`. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**4 Configuring Integrated Vision**

4.8  Output to RAPID
*Continued*

| View | Description |
|------|-------------|
| **Camera data mapping for part** | • **Component:** The components corresponds to the arguments of the resulting `cameratarget`.<br>• **Data type:** The data type that corresponds to the arguments of the resulting `cameratarget`.<br>• **Group:** The group is the source of data, typically the con-figured inspection or location tools in the job. It is also pos-sible to get data from the job itself, the input signals, the camera, or a constant. Each data group is an array that consists of many results (arguments).<br>• **Result:** The results (arguments) of the group data. Typically x, y, z, and angle coordinates for the robot. A number of ar-guments are available depending on the data. These argu-ments are described in the online **Help** tab for each individual tool under the section *"... Tool Inputs/Outputs Properties"*<br>• **Value:** The value of the Result. Typically a numerical value or a text string. The values displayed are transferred to the resulting RAPID `cameratarget`.<br><br>![Note icon] **Note**<br><br>The camera can only identify the rotation of the located part, z-angle. This value is converted to quaternion values in RAPID since the corresponding RAPID component is `pose`. |

**Mapping data**

Use this procedure to make the vision data available to the RAPID program.

| | Action |
|---|--------|
| 1 | Click **Output to RAPID**. |
| 2 | Click **Add** in the **Item types** view to create a new item type. |
| 3 | Click **Rename** to give the item type an explaining name.<br>For example the name of the part that the location- or inspection tool has identified (e.g. "Nut", "Screw", "Bolt", etc). The name is copied to the `type` argument of the resulting `cameratarget`. |
| 4 | Add vision data to the RAPID `cameratarget` by selecting them from the **Group** fol-lowed by the **Result** drop-down menus. |
| 5 | Check the result in the **Resulting camera target** view. |
| 6 | Save the job. |
| 7 | Run the RAPID instruction CamSetRunMode to update the controller on the current output to RAPID configuration. |

For information about the different location tools and their parameters and settings, see the *Locate Part* section in the online **Help** tab.

For information about the different inspection tools and their parameters and settings, see the *Inspect Part* section in the online **Help** tab.

 **Note**

It is not recommended to change the RobotStudio language after the configuration of an Integrated Vision system has started.

For more information, see *Changing the language on page 34*.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**Limitations**

There are some restrictions to think about when completing the output configuration.

The number of values mapped to each component has to match. For example if a tool that finds 10 values, like **PatMax® Patterns (1-10)**, is mapped to the X-coordinate, it is not advisable to map tool output of another size to the other components. This would result in unpredictable behavior

Observe the warnings and cautions given by the Integrated Vision add-in.



xx1300001100

Furthermore, only values that are expected to change with each image acquisition are to be included in the result output. Other parameter values needed during runtime should preferably be fetched using the RAPID instruction `CamGetParameter`.

---

**Most commonly used vision data**

**Location tool data**

The following data results are typically used when locating parts:

| Symbolic name | Description |
|---|---|
| **Fixture.X** | The x-coordinate of the located part. |
| **Fixture.Y** | The y-coordinate of the located part. |
| **Fixture.Angle** | The rotation of the selected part.<br><br>ℹ️ **Note**<br><br>The camera can only identify the rotation of the located part, z-angle. This value is converted to to quaternion values in RAPID since the corresponding RAPID component is `pose`. |
| **Fixture.Score** | A percentage value that references how well the found pattern re-sembles the trained pattern. |
| **Pass** | Set to 1 if the part is located, set to 0 if the part is not located. |
| **Fail** | Set to 0 if the part is located, set to 1 if the part is not located. |

**Inspection tool data**

The following data results are typically used when inspecting parts:

| Symbolic name | Description |
|---|---|
| **Distance** | The measured distance between two points. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

## 4 Configuring Integrated Vision

### 4.8 Output to RAPID
*Continued*

| Symbolic name | Description |
|---|---|
| **Result** | Returns the string *Present* if the trained object is found, or *Not Present* if the trained object is not found. |
| **String** | Returns the value of an identified bar-code number as a string. |

Job data

The following data results from the job are typically used:

| Symbolic name | Description |
|---|---|
| **Pass** | Set to 1 if all vision tools that are set to **Include In Job Pass** are pass, set to 0 if one or more of the included vision tools are fail. |
| **Fail** | Set to 0 if all vision tools that are set to **Include In Job Pass** are pass, set to 1 if one or more of the included vision tools are fail. |

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

## 4.9 I/O handling

**Introduction**

I/O is mostly used if the application includes external lighting that needs to be controlled by the camera. If there are no I/O signals connected to the camera, no configuration needs to be done.

 **Note**

The **Inputs** and **Outputs** functions are only used to define the inputs and outputs of the camera, not the inputs and outputs of the robot controller.

 **Note**

For more information see the *Cognex In-Sight®* manual, and the product manual and circuit diagram for the corresponding controller. See *References on page 7*.

**General**

The **Inputs** function is used to define the settings of the discrete inputs of installed *Cognex* camera I/O modules by customizing the name of the input line, setting the signal type, selecting the edge transition of the signal and forcing inputs to test the application.

The **Outputs** function is used to define the settings of the discrete outputs of installed *Cognex* camera I/O modules by customizing the name of the output line, setting the signal type, selecting tool results and forcing outputs to test the application. Some cameras have integrated outputs and LEDs. Those output signals are predefined and cannot be used for other purpose.

The settings are displayed in the **Context** window.

**Configuring inputs**

Use this procedure to configure the inputs of the vision camera, or any installed camera I/O modules.

|   | Action |
|---|---|
| 1 | Click **Inputs**.<br>The available I/O signals are displayed in the **Context** window. |
| 2 | Use the **Signal Type**, **Edge Type**, and the **Force Input** drop-down menus to configure the desired behavior of the input. |
| 3 | To test the inputs, the camera must be in **Run Mode**. |
| 4 | Save the job. |

For information about parameters and settings, see the *Inputs* section in the online Help tab.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 4 Configuring Integrated Vision

## 4.9 I/O handling
*Continued*

**Configuring outputs**

Use this procedure to configure the outputs of the vision camera, or any installed camera I/O modules.

| | Action |
|---|---|
| 1 | Click **Outputs**.<br>The available I/O signals are displayed in the **Context** window. |
| 2 | Use the **Signal Type**, **Job Result**, and the **Force Output** drop-down menus to configure the desired behavior of the output. |
| 3 | To test the outputs, the camera must be in **Run Mode**. |
| 4 | Save the job. |

For information about parameters and settings, see the *Outputs* section in the online Help tab.

© Copyright 20192022 ABB. All rights reserved.

Case 1:22-cv-01257-GBW   Document 31-4   Filed 05/08/23   Page 64 of 109 PageID #: 683

## 4.10 Preparing the RAPID program

### 4.10.1 RAPID snippets in RobotStudio

**Introduction**

Snippets are pieces of predefined RAPID code which can be inserted into the RAPID program.

A number of snippets have been created to facilitate the programming and commissioning of a vision system.

 **Tip**

Use the `MoveToDetectedObject` snippet as a base when creating a new vision program.

**Adding a snippet**

The RAPID snippets are located in **Snippets** drop-down menu in the RobotStudio **RAPID** tab.

Use this procedure to add a snippet.

| | Action |
|---|---|
| 1 | Request write access over the controller. |
| 2 | Expand the **RAPID** node of the controller browser and navigate to the **Program Modules**. |
| 3 | Create a new program module or open an existing module. Place the cursor on the desired insertion point for the snippet. |
| 4 | Click the **Snippets** drop-down menu, and select **Integrated Vision** to view the list of included snippets. |
| 5 | Click a snippet to include it in the program module. |

For more information on how to program the controller using the RobotStudio **RAPID** tab, see *Operating manual - RobotStudio*.

© Copyright 20192022 ABB. All rights reserved.

**4  Configuring Integrated Vision**

## 4.10.2  Basic programming example

**Introduction**

This section describes how to write a basic vision guided robot program. The main purpose is to give an overview of what instructions need to be called. Some more advanced examples are also available.

For a detailed description of the vision specific RAPID instructions, functions, and data types, see *Technical reference manual - RAPID Instructions, Functions and Data types*.

 **Note**

Before running a RAPID program, all previous configuration steps in this chapter has to be completed. See *Configuring Integrated Vision on page 37*.

**Creating a basic RAPID program**

The following example shows the basic steps to run a vision guided robot program. Error handling and other enhancements have been left out to provide a better overview.

The purpose of the following RAPID program is to move the robot to a position where the robot can pickup a part detected by the vision camera. It is based on the snippet `MoveToDetectedObject` found in RobotStudio. For more information, see *RAPID snippets in RobotStudio on page 63*.

```
1    ...
2    PERS wobjdata mywobj := ... ;
3    PERS tooldata mytool := ... ;
4    PERS robtarget myrobtarget := ... ;
5    CONST string myjob := "myjob.job";
6    VAR cameratarget mycameratarget;
7    ...
8    PROC MoveToDetectedObject()
9      CamSetProgramMode mycamera;
10     CamLoadJob mycamera, myjob;
11     CamSetRunMode mycamera;
12     CamReqImage mycamera;
13     CamGetResult mycamera, mycameratarget;
14     mywobj.oframe := mycameratarget.cframe;
15     MoveL myrobtarget, v100, fine, mytool \WObj:=mywobj;
16   ENDPROC
17   ...
```

| Row | Comment |
|---|---|
| 2 - 6 | Declaration of data. |
| 9 - 10 | Set the camera to program mode and load the job. |
| 11 - 12 | Set the camera to run mode and acquire an image. |
| 13 | Get the vision result and store it in a camera target. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

| Row | Comment |
|-----|---------|
| 14 | Copy the vision coordinates from the camera target to the object frame of the work object. |
| 15 | Move the robot to the pickup position. |
| - | (Pickup the part.) |

For information on how to create a module, create a routine, and add RAPID-instructions, see chapter *Programming and testing* in *Operating manual - OmniCore*.

**Training the part grip location**

Gripping a part is often not the same as moving the TCP to the target reported by the camera. Often this position must first be offset and rotated by some value to accommodate a good grip.

The easiest way to do this is by jogging the robot to the specified position and then modify the position.

| | Action |
|---|--------|
| 1 | Make sure that only one part is visible to the camera. |
| 2 | Run the program in the previous example down to the `MoveL` instruction and stop the execution.<br>At this point the object frame of `mywobj` has been modified and the correct tool, `mytool`, is activated. |
| 3 | Verify that the part was successfully located by the vision camera. |
| 4 | Jog the robot to a good gripping position. |
| 5 | Mark the position `myrobtarget` and tap **Modify Position**. |
| 6 | Run the program from the top and make sure that the part is gripped according to the taught position. |
| 7 | Move the part and run the program from the top again. |

© Copyright 20192022 ABB. All rights reserved.

## 4.10.3  Advanced programming examples

**Introduction**

The following examples show some of the more advanced features that can be used when running a vision guided robot program. The examples show the use of error handling, scene IDs, and other ways of increasing production and saving cycle time.

**Data declaration**

```
CONST string myjob := "myjob.job";
PERS robtarget myrobtarget :=
    [[100,200,300],[1,0,0,0],[0,0,0,0],[9E9,9E9,9E9,9E9,9E9,9E9]];
VAR cameratarget mycameratarget;
...
PROC integratedvisionadvanced()
  VAR num mysceneid:=0;
  VAR num myexposuretime:=10;
  VAR bool targetsavailable := TRUE;
  ...
  ! Insert the code here
  ...
ENDPROC
```

**Asynchronous loading**

Loading a job asynchronously while moving the robot and then acquire an image as soon as the job finishes loading. This can optimize cycle time by having the robot performing other tasks while loading

```
CamSetProgramMode mycamera;
CamStartLoadJob mycamera, myjob;
!MoveJ myrobtarget, v100, fine, toolvision \WObj:=wobjvision;
CamWaitLoadJob mycamera;
CamSetRunMode mycamera;
CamReqImage mycamera;
```

**Using the `SceneId` argument**

Get an image and get the result as soon as it is available. Using the `SceneId` argument makes it possible to quickly notify the user if no target were found in the latest image.

```
CamReqImage mycamera \SceneId:=mysceneid;
CamGetResult mycamera, mycameratarget \SceneId:=mysceneid;
```

**Changing parameters**

Add 5 ms to the current exposure time

```
myexposuretime := CamGetExposure (mycamera \ExposureTime);
myexposuretime := myexposuretime + 5;
CamSetExposure mycamera \ExposureTime:=myexposuretime;
```

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

### Disable a vision tool

Disable a specific vision tool in the specified job. In order to avoid time consuming job loading, it may be desirable to configure various vision tools in a single job. By enabling/disabling the tools that are not currently used, the processing time can be minimized.

```
CamSetParameter mycamera, "Pattern_1.Tool_Enabled" \BoolVal:=FALSE;
```

### Finding multiple parts

Find multiple parts in a single image and use the targets one by one. When there are no more targets left, the error `ERR_CAM_NO_MORE_DATA` is generated, see *ERROR handler on page 67*.

```
CamReqImage mycamera \SceneId:=mysceneid;
WHILE targetsavailable DO
  CamGetResult mycamera, mycameratarget \SceneId:=mysceneid;
  TPWrite "Current camera target is: "
      \Pos:=mycameratarget.cframe.trans;
ENDWHILE
```

### Check if the job is already loaded

The job should only be loaded into the camera memory if it is not already loaded, in order to save cycle time.

```
IF CamGetLoadedJob(mycamera) <> myjob THEN
  CamLoadJob mycamera, myjob;
ENDIF
```

### Sort parts by name

Sort parts depending on the part name property.

```
CamGetResult mycamera, mycameratarget;
IF mycameratarget.name = "wrench" THEN
  !Do something with the wrench
ELSEIF mycameratarget.name = "screwdriver" THEN
  !Do something with the screwdriver
ENDIF
```

### ERROR handler

```
ERROR
  IF ERRNO = ERR_CAM_NO_MORE_DATA THEN
    TPWrite "There are no more targets originating from image with
        scene id "\Num:=mysceneid;
    targetsavailable:=FALSE;
    TRYNEXT;
  ENDIF
```

© Copyright 20192022 ABB. All rights reserved.

**4  Configuring Integrated Vision**

## 4.11  Starting production

**Setting the camera to Run Mode**

To start and run production the camera must be in run mode. The camera can manually be set to **Run Mode** from RobotStudio. This is mainly for testing purposes.

The recommended procedure is to set the run mode from RAPID using the instruction CamSetRunMode.

**Starting the robot program**

Start the program on the FlexPendant.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

# 5  Reference information

## 5.1  Relationships between coordinate systems

**Introduction**

The robot controller has a number of built-in coordinate systems that all relate to each other in a predefined chain, WORLD, BASE, tool, work object, etc.

The vision camera also has coordinate systems to define the origin of the image and to define the distance in mm to the located parts within the image. Integrated vision provides means to synchronize the coordinate systems of the camera with the coordinate systems of the robot controller.

For more information about coordinate systems, and how to use them, see *Operating manual - OmniCore* .

**Coordinate systems in general**

The image shows the most common coordinate systems of the robot controller. It is optional to define the WORLD coordinate system, but all other coordinate systems have to be measured by the robot controller.




xx1200000993

| A | WORLD coordinate system. |
|---|---|
| B | BASE coordinate system. |
| C | Tool coordinate system (`tool0`). |
| D | Fixed camera position in space. The camera position is unknown to the robot controller unless the camera in held by the robot. |
| | ℹ️ **Note** |
| | If the camera is held by the robot, then the robot must go to the same position (`robtarget`) every time an image is acquired. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 5 Reference information

## 5.1 Relationships between coordinate systems
*Continued*

| E | *Work object - user frame* (`wobj.uframe`).<br>Coincides with the camera frame when the camera to robot calibration has been performed. |
|---|---|
| F | *Work object - object frame* (`wobj.oframe`).<br>It is recommended to use this coordinate system for the located part. |

**Calibrated camera frame (work object)**

The following illustration and example shows the synchronization of the camera coordinate system with the coordinate systems of the robot controller.

 **Note**

After the camera to robot calibration, the grid is no longer needed and can be removed.



xx1200000995

| A | *Work object - user frame* (`wobj.uframe`).<br>Coincides with the camera frame when the camera to robot calibration has been performed. |
|---|---|
| B | *Work object - object frame* (`wobj.oframe`).<br>This coordinate system is used for the located part. |
| C | The gripping position of the robot (`robtarget`). (`tool0` is used in the illustration)<br>The gripping position is related to the camera work object. |
| D | Fixed camera position in space (not held by the robot). |

Example

The illustration to the left shows the basic setup when a part is located by the vision camera. The orientation, angle, has been left out to provide a better overview.

- The camera is located at a fixed position in space.
- The camera is calibrated by using a 10 mm calibration grid so that the camera can convert the image pixels to mm in x- and y-coordinates.
  The origin of coordinates is located at the intersection of the fiducial.
- The calibration grid is calibrated to the robot controller by the *work object - user frame*.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

The origin of the work object is also placed at the intersection of the fiducial.
- A part is located by the vision camera and the coordinates are sent to the robot controller.

  The grid spacing is 10 mm, giving the x-, y-, and z-coordinates (97, 42, 0).
- The coordinates of the part are written into the *work object - object frame*.
- The robot moves to pickup the part.

  The picking position has been modified in relation to the *work object - object frame*. For example 120 mm above the part and slightly offset in x by 7 mm, giving the coordinates (7, 0, 120).
- This means that the picking position can be the same no matter where the part is located.

In the illustration to the right, a new part has been located by the vision camera.
- The camera position is the same
- The calibration of the camera is the same
- The picking position is the same in relation to the part.
- The part has a new position, (86, -45, 0).

  The coordinates of the part are written into the *Work object - object frame*.
- The robot can now pickup the part.

© Copyright 20192022 ABB. All rights reserved.

## 5  Reference information
5.2  Calibration theory

## 5.2  Calibration theory

**Introduction**

The goal of most VGR applications is to provide positioning data from the camera to guide the robot. This requires the vision system to provide targets in a coordinate system shared with the robot. Creating a vision calibration can be divided into two steps, camera calibration and camera to robot calibration.

**Camera calibration**

The purpose of the camera calibration is to compute the transformation used for converting pixel coordinates in the image to physical coordinates in space (the relation between the camera frame and the checkerboard frame).

The Integrated Vision system works in 2D, meaning that all imaged parts must be located in a single calibrated plane or the result will not be accurate.

The Integrated Vision system provides several methods for calibrating the camera, but the most accurate and convenient method is to use a checkerboard plate. It is a pattern of known dimensions that also includes an encoded coordinate system. The relation between the camera and the checkerboard is fixed meaning that the camera always has to image the scene from the same point where it was calibrated.

In case the camera is mounted on the robot it has to move to the calibration pose before taking a photo during production. Once the camera has been calibrated any output from the image processing is expressed in millimeter in relation to the checkerboard origin.



xx1200000996

For information on how to perform a camera calibration, see *Camera calibration on page 51*.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**Camera calibration methods**

The table below describes the available camera calibration methods in Integrated Vision.

The **X/Y Scale**, **Edge to Edge**, **X/Y Edge-to-Edge**, and **Circle** calibration options are useful in applications where the real-world measurements of the part or object are known.

Only the **Grid** calibration provides a reference mark that can be used for teaching a work object. The other calibration methods also create a pixel-to-mm relation, but they are less suitable for part location applications.

 **Note**

The scale calibration options do not account for lens distortion, therefore, for the greatest degree of accuracy, make sure that the vision system is mounted perpendicular to the inspected surface. Otherwise, consider using **Grid** calibration to remove the distortion and more accurately calibrate the image.

| Group | Description |
|---|---|
| X/Y Scale | Used when the X and Y scale values are known for calculating a simple calibration. |
| Edge to Edge | Used when distance between two edges are known for calculating a simple calibration. |
| X/Y Edge-to-Edge | Used when distance between two edge pairs are known. One in the horizontal direction, and another in the vertical direction. Combining the horizontal measurement and dimension with the vertical measurement and dimension creates two independent scales. |
| Circle | Used when the diameter of a circle is known. |
| Grid | The **Grid** calibration option creates a "map" of the image area by acquiring an image of a grid pattern of either dots or checkerboard squares. This option then relates the found features of the grid (the dots or intersections of squares) to the user-specified grid spacing of the grid pattern. This process creates a highly accurate computation that can then be used to transform distorted features into their correct shape. |
| Import | The **Import** calibration type is used to load a grid calibration file that has been exported during the configuration step. The calibration file (*.cxd*) must be located on the flash disk of the camera when loading the job that utilizes the calibration. |

**Camera to robot calibration**

Once the camera has been calibrated any image processing output is expressed in the calibrated camera frame. To create a common frame for the robot and the camera, such that the robot can correctly interpret the position of the vision targets, the robot must be taught the calibrated camera frame.

The way to do this is to teach a work object that coincides with the calibrated camera frame. In other words, if a checkerboard pattern is used the work object is taught at the very same position (and orientation) as the checkerboard frame. A work object consists of two different frames – a user frame and an object frame. In this calibration the user frame is modified and the object frame is left untouched.

*Continues on next page*

3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

# 5  Reference information

5.2  Calibration theory
*Continued*

For information on how to perform a camera to robot calibration, see *Camera to robot calibration on page 53*.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

## 5.3 Best practise

## 5.3.1 Evaluate performance before adopting a solution

**Introduction**

When deciding to deploy a vision solution it is necessary to evaluate if the expected result can be achieved.

The safest way to ensure that required results can be achieved is to perform a test, and the closer closer the lab setup is to the intended installation the better the result.

It is of course not possible make a full setup, but it is important to consider critical factor such as:

- Required field of view
- Required accuracy
- Robustness

**Identify the expectations**

Before moving into a design phase it is necessary to identify the expectations so that appropriate actions can be acquired to maximize performance.

The concept of accuracy is relatively easy to understand, and in many cases there is a good perception of what is required of the system. However, the overall accuracy of a robot guided vision system, and even the vision system alone, is quite difficult to foresee.

Even though the individual vision tools such as a pattern recognition tool or caliper may have an extremely good theoretical accuracy, the true accuracy is highly dependent on external factors such as the product to be identified and the light setting.

**Evaluate the vision accuracy**

The general recommendation is to evaluate vision accuracy using the part or product that is actually going to be processed on the finished line. Furthermore, the light setup is critical to both accuracy and robustness.

Lighting is what many times makes or breaks final result, and important to note, something that may be difficult to change once the line has been designed and is being deployed.

In conclusion, when deploying vision systems it pays off to set up a vision trial in a lab environment.

**Installation checklist**

As good practice the following requirements shall be identified, quantified, and verified:

| Requirement | Description |
|---|---|
| Samples | Collect good and bad samples of the actual customer product to be used for evaluation. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 5  Reference information

### 5.3.1  Evaluate performance before adopting a solution
*Continued*

| Requirement | Description |
| --- | --- |
| Accuracy | What accuracy is required? The overall number combines robot accuracy, influence by part variation, lighting etc. |
| Tolerance | Can the part vary in size? Uniformly or irregularly? |
| Cycle time | The vision system requires processing time. Depending on the application this may or may not affect the cycle time. |
| Part positioning | Make sure to know the perspective from which the camera will observe the object. A simple thing like looking at the object from the side may affect the result. |
| Variations in the process | Apart from the verified variables, can something else change? |
| Lighting needs | Lighting is extremely important. Shield out ambient light and applying light that brings out the desired features of the part. Experimentation is the only reliable method. |
| Physical space constraints | Taking all factors into consideration such as field of view, lighting solution, and point of view. Does everything fit together? |

© Copyright 20192022 ABB. All rights reserved.

## 5.3.2  How to mount the camera

**Introduction**

Depending on the application requirements and physical constraints, the camera may be mounted in different ways.

Generally it can be said that mounting the camera on a fixed structure is more efficient unless requirements are such that the camera must be carried by the robot.

**Stationary camera**

A stationary camera generally provides faster cycle times since the robot does not have to stop on its path to acquire an image. Setup and calibration is generally easier with fixed cameras since the point from which the image is acquired is fixed.

When mounting the camera on a fixed structure it is important that the camera is not subject to vibrations which can cause motion blur.

**Robot held camera**

If it is not possible to mount the camera at a fixed location, the camera can also be mounted on a moveable part of the manipulator. In that case the camera would generally be mounted on the robot tool to avoid occlusion. Each application is different, and tool designs as well as dress packs for the cables differ from case to case.

When placing a camera on a moving position it is the user's responsibility to assure that the camera is not subjected to mechanical forces greater than what is specified in the camera specification. The cables are of a flexible type, but wear depends greatly on both the cable routing and the programmed robot path.

>  **CAUTION**
>
> When using a robot held, or by other means moving camera, it is important to have a good cable routing.
>
> When routing the cables caution has to be taken to avoid mechanical stress on the connectors, assure sufficient bend radius for the cables, and minimize the wear on the cables. It is also recommended to fit the cables with extra wear protection at the attachment points and at especially exposed areas.

© Copyright 20192022 ABB. All rights reserved.

**5 Reference information**
5.3.3 Obtain accuracy

## 5.3.3 Obtain accuracy

**Introduction**

This section contains useful tips to optimize the overall accuracy of a vision guided robot solution. Knowing which factors influence accuracy can greatly help avoiding the most common pitfalls.

**Training the vision tool**

When training a vision system to recognize or measure a part, first choose which section of the part that is of interest. This often turns into a trade-off between what relevant features are available and how consistent they are.

Consistency of the feature to be detected is critical and comes into play in various different ways. Is the relevant feature present and similar looking on different individual parts, and can it still be recognized if the part is moved across the field view? This is where lighting comes into play. If the appropriate lighting is not applied, the image processing will be prone to fail either when the part is presented to the camera at different positions, or because the feature to be detected is not sufficiently visible on all parts.

To summarize, it is important to decide which section of the part to measure, and to select illumination that brings out the interesting features of that section in a consistent way.

For more information, see *Obtain good lighting on page 80*.

**The field of view**

Many times it may not be necessary to fit the whole part within the field of view in order to perform the desired measurement or identification.

Most important is that relevant features are clearly and consistently visible. Reducing the field not only increases the pixel-to-mm ratio which provides higher accuracy, but it also reduces the area where appropriate lighting needs to be applied. Furthermore it should be said that the perspective from which the camera views the part can influence the result.

A general rule of thumb is that the camera shall, if possible, image the part from right angle. In cases where this is not possible a non-linear calibration such as the checkerboard helps compensate for non perpendicular viewing angles. While having the capability to accurately translate coordinates seen from a tilted angle, it does not automatically solve the problem that vision tools may fail to operate robustly when the image is distorted due to perspective or lens effects.

As a remedy in cases when the image is distorted either by the optics or the viewing angle it is possible to apply a rectifying filter that unwraps the image. Under **Add Part Inspection Tool** and **Image Filter Tools** select **Transform**. This tool takes the result from a grid calibration and uses that information to calculate an "undistorted" version of the image. For subsequently added vision tools the user may choose whether they shall run on the rectified image or the original image.

*Continues on next page*

Application manual - Integrated Vision
3HAC067707-001 Revision: D
© Copyright 20192022 ABB. All rights reserved.

**The checkerboard / calibration plane**

As already mentioned there are various essential factors to the imaging of a scene, and the subsequent image processing that greatly influence the accuracy of the result.

But none of that matters if the geometry, or calibration, of the system is not true to the physical setup. The camera coordinate system is, normally, established by placing a calibration plate with an origin marker under the camera and performing a calibration routine.

The calibration of the camera is most commonly referenced by the robot in the form of a work object for which the user frame is placed in the exact same position as the camera coordinate system.

It is clear that if the work object is not accurately defined to the position of the origin marker of the camera accuracy is lost. But what is more, the results reported by the vision system are always the projection of identified and measured features as projected on the calibration plane. This means that in order to obtain accurate results the features to be measured shall be located in the calibration plane.

© Copyright 20192022 ABB. All rights reserved.

## 5.3.4 Obtain good lighting

**Introduction**

It is important to understand that good lighting for machine vision is not the same as good lighting perceived by a human being.

The specific features of the part to be inspected shall be clearly and consistently illuminated so that the result of the image processing is repeatable throughout the full active field of view.

**Common problems**

The most common problems arise from uneven light distribution, reflections, shadows, and glare. It is critical to the outcome of the image processing that such unwanted artifacts are eliminated or at least minimized. Shiny parts such as metallic items of transparent plastic surfaces generally require careful consideration before selecting a lighting system.

There is no single universal lighting technique that is suitable for all parts and situations. However, by understanding the fundamentals of how image processing works and how lighting can be adjusted to provide good input data, performance and robustness can be greatly improved.

**Lighting techniques**

As a rule of thumb it can be said that the key to control the light, is to shield out unwanted light and to apply light suitable for the application. To rely on ambient light (partially or fully) is not advisable.

One commonly used technique to shield out light is to use a light hub that provides an enclosure around the work piece to be observed. The inside of the box is fitted with the type of light that best brings out the interesting features. Another method for blocking out unwanted light is to use a combination of an optical bandpass filter mounted on the lens while applying color lighting.

The filter is matched so as only to let through light of the same wavelength (or color) as that applied by the lighting system.

Another technique that is used very successfully in many situations is called backlighting. Instead of illuminating the face of the part, light is instead applied from behind the product so that the contours are brought out. This provides a simplified black on white image that is often easier for the vision tools to process.

**How to select a lighting system**

The safest way to determine what is an appropriate lighting system for the application at hand is, by far, to perform a practical vision evaluation using the actual part and applying different light sources from different angles.

During an evaluation it is important to consider factors such as stand-off distance, the size of the field of view, what ambient light exists and which vision tool is to be used for the task. All of these factors affect one another and must be tuned to match.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

## 5.3.5  Structuring the vision job

**Introduction**

Often a vision system is required to detect different parts, either in each image or between different production shifts.

Different approaches can be applied to structure the vision job depending on the current requirements:

**Create separate jobs for each product or task**

Creating separate jobs provides a structured setup but jobs take several seconds, even up to a minute to load. Each job also contains its own camera calibration, which may be useful if the different tasks require different calibrations.

**Create a single job for all products and tasks**

Create a single job that contains vision tools for all different parts and production scenarios.

This approach is typically used if the system is required to look for different parts in a single cycle. Adding tools makes the job file bigger, and finally the maximum limit is reached. Unless tools are disabled they all execute with each image acquisition which slows down the vision execution considerably. When placing all vision tools in a single job the various tools are typically switched on and of using RAPID calls, see *Enabling and disabling vision tools during runtime on page 83*.

© Copyright 20192022 ABB. All rights reserved.

**5 Reference information**
5.3.6 Init routine

## 5.3.6 Init routine

**Description**

Always run an initiation routine after powering up or restarting the controller. This ensures that the proper job is loaded, and that the controller and the cameras are in the correct mode.

| Event | Description |
|---|---|
| After a power failure: | • The camera will loose the job.<br>• The controller will loose the output to RAPID configuration. |
| After a controller restart: | • The controller will loose the current status of the camera, program mode/run mode.<br>• The controller will loose the output to RAPID configuration. |

**Example**

```
PROC IV_Init(VAR cameradev cam,string jobname)
  VAR num maxloadtime:=15;

  CamSetProgramMode cam;
  CamLoadJob cam,jobname\MaxTime:=maxloadtime;
  CamSetRunMode cam;

  MoveAbsJ safepos,v100,fine,tool0;

ERROR
  IF ERRNO=ERR_CAM_BUSY THEN
    TPWrite "ERR_CAM_BUSY. Calling RETRY";
    WaitTime 1.0;
    RETRY;
  ELSEIF ERRNO=ERR_CAM_MAXTIME THEN
    TPWrite "ERR_CAM_MAXTIME. Increasing timeout by 10s and calling
        RETRY";
    maxloadtime:=maxloadtime+10;
    WaitTime 1.0;
    RETRY;
  ELSEIF ERRNO=ERR_CAM_NO_PROGMODE THEN
    TPWrite "ERR_CAM_NO_PROGMODE. Setting camera to program mode
        and calling RETRY";
    WaitTime 1.0;
    CamSetProgramMode cam;
    RETRY;
  ENDIF
ENDPROC
```

© Copyright 20192022 ABB. All rights reserved.

## 5.3.7 Enabling and disabling vision tools during runtime

**Description**

Sometimes it is known which type of part to look for in the image. If so, the vision tools that are not currently needed can be disabled to reduce the camera processing time.

Consider an example where two vision tools, `Pattern_1` and `Pattern_2` which produce items of type `Item1` and `Item2` respectively. The following procedure describes how to turn the two vision tools on and off.

The disabled tool still produces results with the values from the latest active execution. In order to not use these targets, sort them out in the RAPID program.

**Example**

This procedure shows how to turn tools on and off to shorten the camera processing time. It also shows how to handle the result queue, when disabling tools.

```
PROC Enable_Disable_Tools(VAR cameradev cam,bool enabletool1,bool
        enabletool2)
  VAR cameratarget mycameratarget;
  VAR string tool1_propertyname:="Pattern_1.Tool_Enabled";
  VAR string tool2_propertyname:="Pattern_2.Tool_Enabled";
  VAR string tool1_corresp_item_name:="Item1";
  VAR string tool2_corresp_item_name:="Item2";
  VAR num maxresulttime:=5;
  CamSetProgramMode cam;
  CamSetParameter cam,tool1_propertyname\BoolVal:=enabletool1;
  CamSetParameter cam,tool2_propertyname\BoolVal:=enabletool2;
  CamSetRunMode cam;
  CamReqImage cam;
  CamGetResult cam,mycameratarget;
  !Before using the result, make sure that it originates from an
        enabled tool.
  !Disabling tools reduces the processing time, but the latest
        result produced by the tool is still communicated.
  IF mycameratarget.name=tool1_corresp_item_name AND enabletool1
        THEN
    TPWrite "Received target of type "+mycameratarget.name+" with
        position "\Pos:=mycameratarget.cframe.trans;
    !Run the robot..
  ELSEIF mycameratarget.name=tool2_corresp_item_name AND enabletool2
        THEN
    TPWrite "Received target of type "+mycameratarget.name+" with
        position "\Pos:=mycameratarget.cframe.trans;
    !Run the robot..
  ENDIF
  !Flush the result queue to get rid of any remaining targets.
  CamFlush cam;
ERROR
  IF ERRNO=ERR_CAM_BUSY THEN
    TPWrite "ERR_CAM_BUSY. Calling RETRY";
```

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

## 5 Reference information

### 5.3.7 Enabling and disabling vision tools during runtime
*Continued*

```
            WaitTime 1.0;
            RETRY;
        ELSEIF ERRNO=ERR_CAM_MAXTIME THEN
            TPWrite "ERR_CAM_MAXTIME. Increasing timeout by 5s and acquiring
                    new image";
            CamFlush cam;
            CamReqImage cam;
            maxresulttime:=maxresulttime+5;
            WaitTime 1.0;
            RETRY;
        ELSEIF ERRNO=ERR_CAM_NO_RUNMODE THEN
            TPWrite "ERR_CAM_NO_RUNMODE. Setting camera to run mode and
                    calling RETRY";
            WaitTime 1.0;
            CamSetRunMode cam;
            RETRY;
        ELSEIF ERRNO=ERR_CAM_NO_PROGMODE THEN
            TPWrite "ERR_CAM_NO_PROGMODE. Setting camera to program mode
                    and calling RETRY";
            WaitTime 1.0;
            CamSetProgramMode cam;
            RETRY;
        ENDIF
    ENDPROC
```

© Copyright 20192022 ABB. All rights reserved.

## 5.3.8 Avoid running out of space on the camera

**Description**

The flash disc of the camera has got a limited storage space. If a robot cell requires a lot of different jobs, the camera will at some point not be able to store all jobs.

It can then be convenient to keep only the necessary jobs on the camera and store the rest on the robot controller. When they are needed they can be uploaded from the controller flash disk to the camera.

Moving files between the camera and the controller can be carried out either using RAPID or the FlexPendant, where the flash disks of the cameras appear next to the controller drive.

Below is an example showing how to move files from the home catalog of the system to the camera.

See also *Backup a camera to the controller on page 86*.

**Example**

```
VAR string campath;
VAR string controllerpath;
...
campath := CamGetName(mycamera) + ":/" + "myjob.job";
controllerpath := "HOME:/myjob.job";
CopyFile controllerpath, campath;
```

© Copyright 20192022 ABB. All rights reserved.

**5  Reference information**

## 5.3.9  Backup a camera to the controller

**Description**

The contents of a camera are not automatically backed up when taking a regular backup of the robot controller. However, the following RAPID routine copies all of the files from a camera to the home directory of the controller. This can be used as a service routine that can be called before taking the regular backup.

>  **Tip**
>
> The code is available as a snippet in RobotStudio. There is also a snippet for restoring the files.

**Example**

```
PROC BackupCamToCtrl(var cameradev cam,bool replaceexistingfiles)
  VAR string ctrldirname:="HOME/IV/";
  VAR dir camdirectory;
  VAR string camdirname;
  VAR string tempfilename;
  VAR string tempcamfilepath;
  VAR string tempctrlfilepath;
  ...
  camdirname:=CamGetName(cam)+":/";
  ctrldirname:=ctrldirname+CamGetName(cam)+"/";
  MakeDir ctrldirname;
  OpenDir camdirectory,camdirname;
  WHILE ReadDir(camdirectory,tempFileName) DO
    tempcamfilepath:=camdirname+tempfilename;
    tempctrlfilepath:=ctrldirname+tempfilename;
    CopyFile tempcamfilepath,tempctrlfilepath;
  ENDWHILE
  CloseDir camdirectory;
ERROR
  IF ERRNO=ERR_FILEEXIST THEN
    IF replaceexistingfiles THEN
      RemoveFile tempctrlfilepath;
      RETRY;
    ELSE
      TRYNEXT;
    ENDIF
  ENDIF
ENDPROC
```

© Copyright 20192022 ABB. All rights reserved.

## 5.3.10  Sort items of different types

**Description**

Sometimes it is needed to distinguish between products of different types. The following example describes how to distinguish between two chips which have the letters A respective B printed on them.

The solution can be divided into three basic steps:

1   Train a vision job that is able to distinguish between the two chip types

2   Configure the output to RAPID so that the RAPID program can retrieve both the position and the type of the object.

3   Program a RAPID program that retrieves vision targets and checks which type it is before acting on it.



xx1300000190

**Train the vision job**

First, the vision system must be taught to distinguish between the two part types.

This problem can be solved in various ways using the available vision tools. In this case two different part location tools, *PatMax®*, are trained on the features that differ between the two product types - the letters A and B.

There are two reasons for not including the circle in either of the models. The first reason is that the circle is identical for both parts, making them more similar from a vision perspective. The second reason is that the circular feature makes up a large percentage of the model content while not providing any information about the angle of the part. This results in angular uncertainty.

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

# 5  Reference information

5.3.10  Sort items of different types
*Continued*

**Configure the output to RAPID**

Second, the output to RAPID must be configured so that the information about which part is which is preserved and can be used for the robot to act on. To do this, two items are configured and named after the part types they represent – A_Chip and B_chip. The outputs of the tool that identifies the A-chip is connected to the components of A_Chip and the same is done for the B-chip.

**Program the RAPID program**

Finally, the RAPID program must be programmed to act based on the type of the identified target.

**Example**

```
...
CamGetResult mycamera, mycamtarget;
IF mycamtarget.name = "A_Chip" THEN
   !Do something with the A-Chip
ELSEIF mycamtarget.name = "B_Chip" THEN
   !Do something with the B-Chip
ENDIF
...
```

© Copyright 20192022 ABB. All rights reserved.

## 5.3.11 Finding multiple items of the same type

**Description**

Often the vision task involves finding multiple parts of the same type spread across the field of view of the camera. Configuring such a task requires some configuration of the vision job and the RAPID program to be made.

1   Typically a vision tool that finds multiple items is used, `PatMax[1-10]` or `Blob[1-10]`.

2   In the **Output to RAPID** dialog the vision tool is linked to a single item type, for example called *Part_A*. This means that for each found item a camera target with the name property *Part_A* will be produced and sent to the vision queue.

3   The task of the RAPID program is to loop through each produced `cameratarget` and pick up the corresponding object.

**Example**

The following example acquires an image and moves to each of the reported targets. The camera job may produce multiple targets for each acquired image.

```
PROC Multiple_Target_Pick(VAR cameradev cam)
  VAR bool continueloop:=TRUE;
  VAR num maxresulttime:=5;
  VAR cameratarget mycameratarget;
  VAR num zoffset:=200;
  CamReqImage cam;
  WHILE continueloop DO
    CamGetResult cam, mycameratarget;
    camwobj.oframe:=mycameratarget.cframe;
    MoveL offs(picktarget,0,0,zoffset), v500, z0, picktool
        \WObj:=camwobj;
    MoveL picktarget, v100, fine, picktool \WObj:=camwobj;
    WaitTime 1.0;
    MoveL offs(picktarget,0,0,zoffset), v500, z0,picktool
        \WObj:=camwobj;
    IF CamNumberOfResults(cam)<1 THEN
      continueloop:=FALSE;
    ENDIF
  ENDWHILE
ERROR
  IF ERRNO=ERR_CAM_BUSY THEN
    TPWrite "ERR_CAM_BUSY. Calling RETRY";
    WaitTime 1.0;
    RETRY;
  ELSEIF ERRNO=ERR_CAM_MAXTIME THEN
    TPWrite "ERR_CAM_MAXTIME. Increasing timeout by 5s and acquiring
        new image";
    CamFlush cam;
    CamReqImage cam;
    maxresulttime:=maxresulttime+5;
```

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

## 5  Reference information

**5.3.11  Finding multiple items of the same type**
*Continued*

```
        WaitTime 1.0;
        RETRY;
    ELSEIF ERRNO=ERR_CAM_NO_RUNMODE THEN
        TPWrite "ERR_CAM_NO_RUNMODE. Setting camera to run mode and
            calling RETRY";
        WaitTime 1.0;
        CamSetRunMode cam;
        RETRY;
    ENDIF
ENDPROC
```

© Copyright 20192022 ABB. All rights reserved.

## 5.3.12 Always check that the vision target is within expected limits

**Description**

When using sensors it is important to always make sure that a detected position is within the expected work space before attempting approach the position with the robot.

A poorly trained model or calibration failure could produce targets in unexpected positions. As an example the following procedure, also available as a snippet, should be used to minimize the risk of such problems.

**Example**

```
IF (CamCheckLimits(mycameratarget.cframe, -100, 100, -100, 100,
    -90, 90)) THEN
  !Perform move instruction
ELSE
  !Perform recovery routine
ENDIF
FUNC BOOL CamCheckLimits(pose current_pose, num X_min, num X_max,
    num Y_min, num Y_max, num Angle_min, num Angle_max)
 !Checks that the pose is within the specified limits.
 IF (current_pose.trans.X < X_min) RETURN FALSE;
 IF (current_pose.trans.X > X_max) RETURN FALSE;
 IF (current_pose.trans.Y < Y_min) RETURN FALSE;
 IF (current_pose.trans.Y > Y_max) RETURN FALSE;
 IF (EulerZYX(\Z, current_pose.rot) < Angle_min) RETURN FALSE;
 IF (EulerZYX(\Z, current_pose.rot) > Angle_max) RETURN FALSE;
 RETURN TRUE;
ENDFUNC
```

© Copyright 20192022 ABB. All rights reserved.

This page is intentionally left blank

# 6 RAPID components

**About the RAPID components**

This is an overview of all instructions, functions, and data types in *Integrated Vision*.

For more information, see *Technical reference manual - RAPID Instructions, Functions and Data types.*

**Instructions**

| Instructions | Description |
|---|---|
| CamFlush | `CamFlush` is used to flush (remove) the `cameratarget` collection for the camera. |
| CamGetParameter | `CamGetParameter` is used to get named parameters that the camera may expose. The user has to know the name of the parameter and its return type in order to retrieve its value. |
| CamGetResult | `CamGetResult` *(Camera Get Result)* ) is used to get a camera target from the vision result collection. |
| CamLoadJob | `CamLoadJob` *(Camera Load Job)* loads a camera task, *job*, describing exposure parameters, calibration, and what vision tools to apply. |
| CamReqImage | `CamReqImage` *(Camera Request Image)* orders the camera to acquire an image. |
| CamSetExposure | `CamSetExposure` *(Camera Set Exposure)* sets camera specific data and makes it possible to adapt image parameters depending on ambient lighting conditions. |
| CamSetParameter | `CamSetParameter` is used to set different named camera parameters that a camera may expose. With this instruction it is possible to change different parameters in the camera in runtime. The user has to know the name of the parameter and its type in order to set its value.<br><br>User created parameters can only be of type `EditString`, `EditInt`, or `EditFloat`. |
| CamSetProgramMode | `CamSetProgramMode` *(Camera Set Program Mode)* orders the camera to go to program mode (offline). |
| CamSetRunMode | `CamSetRunMode` *(Camera Set Running Mode)* orders the camera to go to run mode (online), and updates the controller on the current output to RAPID configuration. |
| CamStartLoadJob | `CamStartLoadJob` will start the loading of a job into a camera, and then the execution will continue on the next instruction. When loading is in progress other instructions can be executed in parallel. |
| CamStartSetParameter | `CamStartSetParameter` is used to start the set-operation of a parameter setting in the camera. The execution of the RAPID program will continue with next instruction/function. The camera will be busy running the set-parameter operation and will not perform any other request before this operation is completed with `CamWaitSetParameter`.<br><br>The controller can have 10 pending `CamStartSetParameter` operations. When the controller has 10 pending requests, all the requests has to be confirmed with `CamWaitSetParameter` before any new `CamStartSetParameter` is ordered.<br><br>User created parameters can only be of type `EditString`, `EditInt`, or `EditFloat`. |

*Continues on next page*

© Copyright 20192022 ABB. All rights reserved.

**6 RAPID components**

*Continued*

| Instructions | Description |
|---|---|
| CamWaitLoadJob | `CamWaitLoadJob` *(Camera Wait Load Job)* will wait until the loading of a job into a camera is ready. |
| CamWaitSetParameter | `CamWaitSetParameter` will wait until the set-operation of the parameter is done in the camera and return with status. |

**Functions**

| Functions | Description |
|---|---|
| CamGetExposure | `CamGetExposure (Camera Get Exposure)` is a function that reads the current settings for a camera. With this function and with the instruction `CamSetExposure` it is possible to adapt the camera images depending on environment in runtime. |
| CamGetLoadedJob | `CamGetLoadedJob` *(Camera Get Loaded Job)* is a function that reads the name of the current loaded job from the camera and returns it in a string. |
| CamGetMode | `CamGetMode` *(Camera Get Mode)* is a function that is used to get the mode of the camera. The function returns the mode in the data type `camerastatus`. |
| CamGetName | `CamGetName (Camera Get Name)` is used to get the configured name of the camera. |
| CamNumberOfResults | `CamNumberOfResults (Camera Number of Results)` is a function that reads the number of available vision results and returns it as a numerical value. |

**Data types**

| Data types | Description |
|---|---|
| cameradev | `cameradev` *(camera device)* is used to define the different camera devices which can be controlled and accessed from the RAPID program. The data type `cameradev` is used for instructions and functions communicating with a camera. The names of the camera devices are defined in the system parameters and, consequently, must not be defined in the program. |
| camerastatus | `camerastatus` *(camera status)* is used to define the different camera modes accessed by `CamGetMode`. Possible values for `camerastatus` are `CAMERA_DISCON`, `CAMERA_STANDBY`, and `CAMERA_RUNNING`. |
| cameratarget | `cameratarget` is used to exchange vision data from the camera image to the RAPID program. |

 **Note**

The `CamSetExposure` instruction depends on the trigger type. When the trigger type is set to `Camera`, the image acquisition parameters of the camera, such as, *exposure time*, are loaded after the camera captures the subsequent image. For all other trigger parameter modes (for example, *External*), the parameter values are loaded soon after the camera receives the signal to acquire the image, hence the subsequent image reflects the expected modifications.

© Copyright 20192022 ABB. All rights reserved.

# 7 System parameters

## 7.1 Type IV Camera

### 7.1.1 The IV Camera type

**Overview**

This section describes the type *IV Camera*, which belongs to the topic *Communication*. Each parameter of this type is described in a separate information topic in this section.

**Type description**

The type *IV Camera* is used to configure the camera for *Integrated Vision*.

**Related information**

*Application manual - Integrated Vision*.

© Copyright 20192022 ABB. All rights reserved.

**7  System parameters**

## 7.1.2  Name

**Parent**

    *Name* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

    The name of the camera in the controller. Each camera must have a unique name.

**Allowed values**

    A string with maximum 40 characters.

© Copyright 20192022 ABB. All rights reserved.

### 7.1.3  Username

**Parent**

*Username* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The username used by the controller when it logs on to the camera.

**Allowed values**

A string with maximum 40 characters.

© Copyright 20192022 ABB. All rights reserved.

## 7.1.4 Password

**Parent**

*Password* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The password used by the controller when it logs on to the camera. The password is encrypted.

**Allowed values**

A string with a maximum of 40 characters. Encrypted strings can be longer.

Application manual - Integrated Vision
3HAC067707-001 Revision: D

© Copyright 20192022 ABB. All rights reserved.

### 7.1.5  MAC Address

**Parent**

*MAC Address* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The mac address assigned to the NIC of the camera.

This parameter is read-only.

© Copyright 20192022 ABB. All rights reserved.

## 7.1.6 Communication Timeout

**Parent**

*Communication Timeout* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The parameter *Communication Timeout* defines the time that the controller will wait for a response from the camera. If a request to the camera results in a communication timeout, the reason can be that the camera is disconnected or that it needs more time to process the result.

**Allowed values**

A value between 1 and 120000 milliseconds.

The default value is 5000 milliseconds.

© Copyright 20192022 ABB. All rights reserved.

## 7.1.7  Output to Rapid

**Parent**

*Output to Rapid* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The parameter *Output to Rapid* defines if the controller will manage the result of a photo request. The camera produces results for each photo request. If *Output to Rapid* is set to *Yes*, the result is converted to RAPID variables, which means that the photo request is managed by the controller and the instruction `CamGetResult` can be used to get the result.

**Allowed values**

Yes or No.

© Copyright 20192022 ABB. All rights reserved.

## 7.1.8  Max Time Image Request

**Parent**

*Max Time Image Request* belongs to the type *IV Camera*, in the topic *Communication*.

**Description**

The parameter *Max Time Image Result* defines the time that the controller will wait for the result from a photo request. The time for the photo request depends on the complexity of the vision job. If a request to the camera results in a communication timeout, the reason can be that the camera is disconnected or that it needs more time to process the result.

**Allowed values**

The default value is 120 seconds.

© Copyright 20192022 ABB. All rights reserved.

# A  Terminology

**Camera calibration**

To compute the transformation that converts pixel coordinates in the image to physical coordinates in space. The calibrated frame is most commonly defined by a checkerboard calibration plate.

**Camera to robot calibration**

The relation between the calibrated camera frame, computed by the camera calibration, and the robot world frame. The result is normally stored as a work object user frame.

**Checkerboard calibration plate/pattern**

A calibration pattern that is used for calibrating cameras. The pattern is placed in the field of view during calibration.

**Cognex EasyBuilder®**

The vision camera software from *Cognex* that has been seamlessly integrated into RobotStudio to provide Integrated Vision.

**Cognex In-Sight®**

The specific product line of smart cameras supported by Integrated Vision.

**Fiducial**

A fiducial marker, or fiducial, is an object placed in the calibration plate image for use as a point of reference for the origin of coordinates.

**Smart camera**

A camera with embedded image processing.

**Snippet**

Snippets are pieces of predefined RAPID code which can be inserted into the RAPID program.

**VGR**

Vision guided robot, vision guided robotics.

**Vision calibration**

The camera calibration and camera to robot calibration combined. The result is a common frame which allows the robot to accurately move to vision targets.

**Vision job**

A vision job, or job, is the vision program loaded into the camera.

© Copyright 20192022 ABB. All rights reserved.

This page is intentionally left blank

# Index

**A**
advanced settings, 23

**B**
backup, 86

**C**
calibrated camera frame, 70
calibrating
    camera, 51, 72
    camera to robot, 53, 73
camera calibration, 103
cameradev, 94
camera network, 39
camerastatus, 94
cameratarget, 94
camera to robot calibration, 103
CamFlush, 93
CamGetExposure, 94
CamGetLoadedJob, 94
CamGetMode, 94
CamGetName, 94
CamGetParameter, 93
CamGetResult, 93
CamLoadJob, 93
CamNumberOfResults, 94
CamReqImage, 93
CamSetExposure, 93
CamSetParameter, 93
CamSetProgramMode, 93
CamSetRunMode, 93
CamStartLoadJob, 93
CamStartSetParameter, 93
CamWaitLoadJob, 94
CamWaitSetParameter, 94
checkerboard calibration plate/pattern, 103
checklist, 16
Cognex EasyBuilder, 103
Cognex EasyBuilder®, 13
Cognex In-Sight®, 13
Configuring Integrated Vision, 37
context window, 19, 31
controller browser, 19, 25
coordinate systems, 69

**D**
data mapping, 58
date, 41
disconnect camera, 21, 25, 40

**F**
fiducial, 53, 103
filmstrip, 19, 28
firmware, 42

**G**
getting started, 16
gripping parts, 65

**H**
hardware, 13

**I**
I/O, 61

inputs, 61
inspection tools, 55
installing
    hardware, 17
    RobotStudio, 18
    RobotWare, 18
    software, 18
integrator responsibility, 11
IP-address, 41
IV Camera, type, 95

**L**
language, 34
lighting, 80
limitations, 59
links, 56
location tools, 54

**N**
network settings, 41

**O**
online help, 20
options dialog, 32
outputs, 62

**P**
palette window, 19, 30
pass and fail, 56
protect job, 35

**R**
RAPID components, 93
RAPID program, 63
remove camera, 40
restore, 86
ribbon, 19, 21

**S**
safety, 11
shortcuts, 26, 34
smart camera, 103
snippet, 63, 103
software, 13, 16
sort items, 87
spreadsheet, 33
starting production, 68
status bar, 27
subnet, 41
system integrator requirements, 11

**T**
terminology, 20
time, 41

**U**
user interface
    RobotStudio, 19

**V**
vc_network_definition, 42
VGR, 103
virtual controller, 42
vision calibration, 103
Vision Guided Robot, 103
vision job, 103
vision tools, 54

© Copyright 20192022 ABB. All rights reserved.



**ABB AB**
**Robotics & Discrete Automation**
S-721 68 VÄSTERÅS, Sweden
Telephone +46 (0) 21 344 400

**ABB AS**
**Robotics & Discrete Automation**
Nordlysvegen 7, N-4340 BRYNE, Norway
Box 265, N-4349 BRYNE, Norway
Telephone: +47 22 87 2000

**ABB Engineering (Shanghai) Ltd.**
Robotics & Discrete Automation
No. 4528 Kangxin Highway
PuDong New District
SHANGHAI 201319, China
Telephone: +86 21 6105 6666

**ABB Inc.**
**Robotics & Discrete Automation**
1250 Brown Road
Auburn Hills, MI 48326
USA
Telephone: +1 248 391 9000

**abb.com/robotics**

3HAC067707-001, Rev D, en

© Copyright 20192022 ABB. All rights reserved.
Specifications subject to change without notice.