

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

July 27, 2023

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: *RoboticVISIONTech, Inc. v. ABB Inc.*, C.A. No. 22-1257-GBW

Dear Judge Williams:

  The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on July 27, 2023:

| For RVT (Plaintiff) | For ABB (Defendant) |
| --- | --- |
| Delaware Counsel: Nate Hoeschen | Delaware Counsel: Benjamin Schladweiler |
| Lead Counsel: Kristina Caggiano Kelly | Lead Counsel: Benjamin Schladweiler |

The disputes requiring judicial attention are as follows:

- RVT moves to compel production of documents relating to patent and copyright issues.

- ABB moves to compel RVT to supplement its responses to Interrogatories Nos. 4-7.

  The parties are available at the Court's convenience to respond to any questions or concerns that Your Honor may have.

            Respectfully submitted,

            */s/ Nathan R. Hoeschen*

            Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
   All counsel of record (by CM/ECF and Email)