IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 22-1257-GBW |
| ABB INC., | ) ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's March 27, 2024 Order (D.I. 94), Plaintiff RoboticVISIONTech, Inc. ("RVT") and Defendant ABB, Inc. ("ABB") hereby submit this Joint Status Report regarding the parties' currently pending discovery motions.

*RVT's Position.*

All of RVT's pending discovery motions remain ripe and were unaffected by the Court's March 27, 2024 Order. RVT's pending motions are noted below:

- RVT's Motion to Show Cause and Compel Document Production (D.I. 60), filed on December 1, 2023. The portion of Section II of the motion concerning production of "FlexVision source code in the Git repository in which it was created and maintained, including all comment histories, file paths, RAPID code, revision history, [and] commits" is now moot in light of ABB's production of FlexVision source code. The remainder of Section II of D.I. 60, however, e.g., supplementing ABB's core technical document production and production of external libraries, including Cognex libraries, remains at issue.

- RVT's Motion to Strike or, in the Alternative, Compel Supplementation to ABB's Initial Invalidity Contentions (D.I. 81), filed on February 5, 2024.

*ABB's Position.*

In light of the Court's determination that RVT's trade secrets misappropriation claims are time-barred, ABB withdraws the request for relief found in Section II, D.I. 61 ("RVT Should be Compelled to Produce Documents Sufficient to Show the Organization of Its Paper Filing

System"). The remainder of ABB's pending discovery motions remain ripe and were unaffected by the Court's March 27, 2004 Order:

- ABB's Motion to Compel RVT To Identify Additional Custodians and Produce Their Documents, D.I. 61, § I; and

- ABB's Motion to Limit the Number of Asserted Claims and Motion to Compel Supplemental Infringement Contentions (D.I. 80).

With the exception of the production of compiled third party libraries from non-party Cognex, ABB believes that RVT's motion to compel the production of ABB's FlexVision source code (D.I. 60, §II) is moot. Specifically, alleged issued regarding ABB's "core technical document production" documents are moot because ABB has produced: (1) "git mirrors"—created at RVT's request—that show the date and person responsible for every change to the FlexVision code to the extent ABB has that information (i.e., documents that explain the "development or authorship of the code"); (2) a detailed spreadsheet providing financial information for every FlexVision sale, along with purchase orders and invoices for each of those sales; and (3) there are no "source code specifications for FlexVision" to produce. ABB submits that RVT's motion is moot except as to compiled Cognex vision libraries which are in binary form and not ABB's to provide.

| | |
|---|---|
| */s/ Emily S. DiBenedetto* | */s/ Benjamin J. Schladwiler* |
| John W. Shaw (No. 3362) | Benjamin J. Schladweiler (No. 4601) |
| Karen E. Keller (No. 4489) | GREENBERG TRAURIG, LLP |
| Nathan R. Hoeschen (No. 6232) | 222 Delaware Ave., Suite 1600 |
| Emily S. DiBenedetto (No. 6779) | Wilmington, DE 19801 |
| SHAW KELLER LLP | (302) 661-7000 |
| I.M. Pei Building | schladweilerb@gtlaw.com |
| 1105 North Market Street, 12th Floor | |
| Wilmington, DE 19801 | |
| (302) 298-0700 | *Of Counsel:* |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | Gregory S. Bombard, Esq. |
| nhoeschen@shawkeller.com | GREENBERG TRAURIG, LLP |
| edibenedetto@shawkeller.com | One International Place |
| Attorneys for Plaintiff | Boston, MA 02110 |
| | (617) 310-6027 |
| *Of Counsel:* | gregory.bombard@gtlaw.com |
| | |
| J.C. Rozendaal | Andrew Sommer, Esq. |
| Michael E. Joffre | GREENBERG TRAURIG, LLP |
| William H. Milliken | 1750 Tysons Boulevard |
| Kristina Caggiano Kelly | Suite 1000 |
| Anna G. Phillips | McLean, VA 22102 |
| STERNE, KESSLER, GOLDSTEIN & FOX PLLC | (703) 749-1370 |
| 1101 K Street, NW, 10th Floor | sommera@gtlaw.com |
| Washington, DC 20005 | |
| (202) 371-2600 | *Counsel for Defendant ABB Inc.* |
| | |
| *Counsel for Plaintiff RoboticVISIONTech, Inc.* | |

Dated: March 29, 2024

2