**GT GreenbergTraurig**

Benjamin J. Schladweiler
Tel 302.661.7352
Fax 302.661.7163
schladweilerb@gtlaw.com

April 2, 2024

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court for
the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re: *RoboticVISIONTech, Inc. v. ABB Inc.*,
           C.A. No. 22-cv-01257-GBW

Dear Judge Williams:

    We write on behalf of the parties in the above-captioned matter in response to the Court's March 1, 2024 Oral Order (D.I. 87). The ten terms for which the parties request construction or the resolution of indefiniteness disputes are below:

| PATENT | CLAIM | CLAIM TERM(S) |
|---|---|---|
| '237 Patent | 1 | Preamble: "A [method] useful in three-dimensional pose estimation for use with a single camera mounted to a moveable portion of a robot" |
| '237 Patent | 20, 25 | "a single camera operable to capture a number of images of a calibration object" |
| '755 Patent | 1, 8, 18, 19 | Preamble: "A method of [system for] three-dimensional handling of an object by a robot using a tool and one camera mounted on the robot" |
| '755 Patent | 1, 8, 18, 19 | "an image" and "the image" in the carrying out step (iii) |
| '814 Patent | 1, 5, 7, 11, 13, 17, 23, 24, 33, 35, 36 | "number of image sensors" |
| '237 Patent | 1, 20, 25 | "determining [a] transformation for the target object based at least in part on a position of at least some of the located features using |

| PATENT | CLAIM | CLAIM TERM(S) |
|---|---|---|
|  |  | only the single captured image" (claim 1) |
|  |  | "determining an object space-to-camera space transformation based at least in part on a position of at least some of the located features in solely the capture image" (claim 20) |
|  |  | "determining an object space-to-camera space transformation based at least in part on a position of at least some of the located features using the captured image without any additional captured images" (claim 25) |
| '237 Patent<br>'814 Patent | 20, 22-28 ('237 Patent)<br>6, 12, 18, 22, 28, 29, 33, 38, 39 ('814 Patent) | "pose" ('237 Patent)<br>"three dimensional pose estimation"/"three-dimensional poses"/"three-dimensional object pose"/"pose estimating"/"pose estimation for objects"/"pose estimation" ('814 Patent) |
| '814 Patent | 1, 7, 13, 19, 23, 25, 26, 33, 35 | "first view," "second view," and "additional views" |
| '237 Patent | 21 | "means for training, comprising" |
| '755 Patent | All claims | "steps ii) and iii)" |

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)

BJS/tly

*/s/ Karen Keller*
Karen Keller (#4489)

cc: All counsel of Record via CM/ECF