IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1257-GBW |
| ) | |
| ABB INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES AND THE COURT'S VIDEO CAMERA POLICY**

WHEREAS, the Court has considered Defendants' Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes the Markman Hearing scheduled for May 1, 2024, the following person is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use his computer, speakers, power cords, and a laser pointer/clicker and personal electronic devices:

- Willard Goodwin (hot seat operator)

IT IS SO ORDERED this 26th day of April, 2024.

_____
United States District Judge