# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., *Plaintiff and Counterclaim-Defendant,* v. ABB INC., *Defendant and Counterclaim-Plaintiff.* | C.A. No. 22-1257-GBW |

### [PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON POSSESSION AND USE OF CAMERAS AND PERSONAL ELECTRONIC DEVICES

WHEREAS, the Court has considered Defendant and Counterclaim-Plaintiff's Motion requesting an exemption of persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the Markman Hearing scheduled for May 1, 2024, the following individual is exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their computers, power cords, and personal electronic devices:

- Kara K. DeRosa, Esq. (In-House Counsel)

IT IS SO ORDERED this 1st day of May, 2024

_____
United States District Judge