## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> ABB INC., <br><br> *Defendant and Counterclaim-Plaintiff.* | C.A. No. 22-1257-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 24, 2024, a true and correct copy of ABB Inc.'s Notice of Rule 30(b)(6) Deposition to RoboticVISIONTech, Inc. was caused to be served on the following counsel as indicated:

**BY E-MAIL**
John W. Shaw
Karen E. Keller
Nathan R. Hoeschen
Emily S. DiBenedetto
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street
12th Floor
Wilmington, DE 19801
SKRVT@shawkeller.com

**BY E-MAIL**
J.C. Rozendaal
Michael E. Joffre
William H. Milliken
Kristina Caggiano Kelly
Anna G. Phillips
William Rodenberg
Daniel S. Block
Steven M. Pappas
Sterne, Kessler, Goldstein & Fox PLLC
1101 K. Street, NW, 10th Floor
Washington, DC 20005
rvt-abb@sternekessler.com

*Counsel for Plaintiff and Counterclaim-Defendant RoboticVISIONTech, Inc.*

*Of Counsel:*

Gregory S. Bombard, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Phone: (617) 310-6027
Fax: (617) 310-6001
gregory.bombard@gtlaw.com

Andrew Sommer, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
Phone: (703) 749-1370
Fax: (703) 749-1301
sommera@gtlaw.com

Dated:  May 28, 2024

<u>*/s/ Renée Mosley Delcollo*</u>
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.*