IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1257-GBW |
| | ) |
| ABB INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the Court previously entered a Scheduling Order governing this case (D.I. 48);

WHEREAS, fact discovery is set to close on July 5, 2024;

WHEREAS, the parties have proceeded with discovery but request additional time to account for deadlines set forth in the Court's May 6, 2024 Order and to have a full opportunity to develop their claims and defenses prior to taking depositions in this action;

WHEREAS, there is room in the schedule to permit an adjustment of the parties' immediate deadlines without impacting any deadline involving the Court, including the summary judgment or trial deadlines; and

WHEREAS, the parties certify, pursuant to District of Delaware Local Rule 16.4, that counsel for each party has sent a copy of this request to their respective clients;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines in this action are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Final Infringement Contentions | June 5, 2024 | July 5, 2024 |
| Final Invalidity Contentions | June 19, 2024 | July 19, 2024 |
| Close of Fact Discovery | July 5, 2024 | August 2, 2024 |

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiff*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (No. 4601)
Renée Mosley Delcollo (No. 6442)
GREENBERG TRAURIG, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com
*Attorneys for Defendant*

Dated: June 4, 2024

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge

22477113.1