**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBOTICVISIONTECH, INC., | ) | |
| | ) | |
| *Plaintiff and Counterclaim-Defendant,* | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1257-GBW |
| | ) | |
| ABB INC., | ) | |
| | ) | |
| *Defendant and Counterclaim-Plaintiff.* | ) | |
| | ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to the Court's Scheduling Order, D.I. 48, Plaintiff and Counterclaim-Defendant,

RoboticVISIONTech, Inc. (RVT) and Defendant and Counterclaim-Plaintiff ABB Inc. (ABB),

through their respective undersigned counsel, submit the following Joint Interim Status Report

addressing the progress of discovery to date and the nature of the matters in issue.

**I.     Progress of Discovery to Date**

The fact discovery period will conclude on August 2, 2024, in accordance with this

Court's Text Order entered on June 6, 2024.

The parties, collectively, have noticed seventeen Rule 30(b)(1) and 30(b)(6) fact

depositions[1] that they intend to conduct prior to the August 2 discovery cutoff.

---

[1] ABB asked RVT for possible dates for the 30(b)(1) depositions of Rick Weidinger (RVT's founder and CEO) and Simona Pescaru (a named inventor) on May 24th. RVT has indicated that it intends to provide those dates soon. Once RVT provides them, ABB intends to serve 30(b)(1) notices for those depositions, bringing the total anticipated Rule 30(b)(1) and 30(b)(6) fact depositions to nineteen.

ABB is also facilitating contact of individuals, some of whom are third-parties, that RVT has noticed for deposition.

Final infringement contentions are due on July 5, 2024, with final invalidity contentions due on July 19, 2024, as ordered by this Court. *See* D.I. 142 (stipulation regarding deadlines); June 6, 2024 Order (granting stipulation).

The parties are currently negotiating the exchange of privilege logs and are discussing some lingering discovery disputes that, if the parties are unable to resolve, may need Court resolution.

[**RVT's position**: To accommodate the number of depositions noticed by both sides, RVT has proposed an extension of the current schedule. The parties are working to schedule all noticed depositions, and plan to submit a stipulation regarding any agreed amendment to the schedule.

At this time, the parties disagree that this case is currently on track to commence on the scheduled trial date of April 21, 2025, for at least the reason that RVT seeks to consolidate this case with *RoboticVisionTech, Inc. v. ABB Inc. and ABB Ltd.*, Civ. No. 24-589-GBW. *See infra* Section II.]

[**ABB's position**: ABB is amenable to extending the schedule slightly if needed to complete the depositions and to avoid unnecessary expenses or inconvenience. But, ABB opposes RVT's request to vacate the April 21, 2025 trial for the reasons outlined in the parties' May 20 joint letter (D.I. 131). RVT's request is not only premature, but is an obvious attempt to delay this case so it can be consolidated with C.A. 24-589, which ABB opposes for the reasons it will provide in its forthcoming Opposition to RVT's motion.]

## II.    Nature of Matters at Issue

A *Markman* hearing was held on May 1, 2024.  The parties understand that a claim construction order is forthcoming.

In addition, the parties identify the following disputes that will require this Court's resolution once briefing is complete:

**RVT's Motion to Consolidate Cases:** On May 31, 2024, RVT filed a motion to consolidate this case with *RoboticVisionTech, Inc. v. ABB Inc. and ABB Ltd.*, Civ. No. 24-589-GBW. D.I. 139. ABB opposes the motion. Briefing has not yet completed. ABB's responsive brief is due June 28, 2024. D.I. 149. RVT's reply is due July 5, 2024.

**ABB's Motion to Refer Request to the Register of Copyrights:** On May 24, 2024, ABB filed a motion for this Court to issue a request to the Register of Copyrights to answer questions regarding U.S. Copyright Registration No. TX 9-169-843. D.I. 141. RVT opposes the motion. RVT's responsive brief is due June 21, 2024. May 31, 2024 Text Order. ABB's reply is due June 28, 2024.

**Joint Letter Regarding Case Narrowing:** On May 20, 2024, the parties submitted a joint letter regarding the schedule and procedure for limiting RVT's number of asserted claims and ABB's number of invalidity contentions (D.I. 131) in accordance with the Court's May 6, 2024 Order (D.I. 124). In that letter the parties offered competing proposals for case narrowing and competing case schedules. (*Id.*) Since the letter was filed, the parties stipulated to extend the deadlines for final contentions and fact discovery (D.I. 142), but the underlying dispute concerning case narrowing and schedule remains and is ripe for Court resolution.

### III.     Settlement Discussions

The parties have yet to hold any settlement discussions. ABB remains willing to discuss a resolution of this case as it suggested during the parties' initial Rule 26(f) conference. RVT is willing in principle to discuss settlement, and will consider discussing a resolution of the case informed by pending discovery.

Respectfully submitted,

/s/ Nathan R. Hoeschen

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Of Counsel:*

J.C. Rozendaal
Michael E. Joffre
Daniel S. Block
William H. Milliken
Kristina Caggiano Kelly
Anna G. Phillips
Steve M. Pappas
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1101 K Street, NW , 10th Floor
Washington, DC 20005
(202) 371-2600

*Counsel for RoboticVISIONTech, Inc.*

Dated: June 21, 2024

/s/ Benjamin J. Schladweiler

Benjamin J. Schladweiler (No. 4601)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com

*Of Counsel:*

Gregory S. Bombard, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6027

Andrew Sommer, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
(703) 749-1370

*Counsel for Defendant ABB Inc.*