## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., *Plaintiff and Counterclaim-Defendant*, v. ABB INC., *Defendant and Counterclaim-Plaintiff*. | C.A. No. 22-1257-GBW |

## DEFENDANT ABB INC.'S NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 45, Defendant and Counterclaim-Plaintiff ABB Inc., by and through its attorneys, intends to serve upon Fredric Mark Edelman, Kenneth M. Brooks, Paul Dell'Isola and Manuel (Manny) Mencia the subpoenas attached hereto as Exhibits 1-4.

*Of Counsel*:

Gregory S. Bombard, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6027
(617) 310-6001
gregory.bombard@gtlaw.com

Andrew Sommer, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
(703) 749-1370
(703) 749-1301
sommera@gtlaw.com

Dated: July 5, 2024

*/s/ Renée Mosley Delcollo*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7000
(302) 661-7360
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.*