IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 22-1257-GBW |
| | ) |
| ABB INC., | ) |
| | ) |
| Defendant and Counterclaim-Plaintiff. | ) |
| | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 5, 2024, the following documents were served on ABB-RVT-Litigation@gtlaw.com and the persons listed below in the manner indicated:

1) RVT's Final Infringement Contentions

2) RVT's Responses and Objections to ABB's Fifth Set of Interrogatories (Nos. 22-28)

**BY EMAIL**

Benjamin J. Schladweiler
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com

Andrew Sommer
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
(703) 749-1370
sommera@gtlaw.com

Gregory S. Bombard
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6027
gregory.bombard@gtlaw.com

| | |
|---|---|
| OF COUNSEL:<br>J.C. Rozendaal<br>Michael E. Joffre<br>Daniel S. Block<br>William H. Milliken<br>Kristina Caggiano Kelly<br>Anna G. Phillips<br>Steven M. Pappas<br>Ryan Kaiser<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br><br>Dated: July 10, 2024 | /s/ Karen E. Keller<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for RoboticVISIONTech, Inc.* |