

Emily S. DiBenedetto
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
edibenedetto@shawkeller.com

July 12, 2024

**BY CM/ECF & HAND DELIVERY**
The Honorable Gregory B. Williams
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *RoboticVISIONTech, Inc. v. ABB Inc.*, C.A. No. 22-1257-GBW

Dear Judge Williams:

Plaintiff RoboticVISIONTech, Inc. ("RVT") and Defendant ABB Inc. ("ABB") write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a virtual meet-and-confer (by Webex) on July 1, 2024:

| For RVT (Plaintiff) | For ABB (Defendant) |
|---|---|
| Delaware Counsel: Karen Keller | Delaware Counsel: Benjamin Schladweiler |
| Lead Counsel: William Milliken | Lead Counsel: Andrew Sommer |

The disputes requiring judicial attention are as follows:

- Whether the Court should issue a protective order forbidding or limiting ABB's inquiry during any 30(b)(6) or 30(b)(1) deposition into matters covered by Topics 6, 7, 25, 26, 32, and 84-92 of ABB's Notice of Rule 30(b)(6) Deposition to RVT, served May 24, 2024.

The parties are available at the Court's convenience to respond to any questions or concerns that Your Honor may have.

Respectfully submitted,

*/s/ Emily S. DiBenedetto*

Emily S. DiBenedetto (No. 6779)

cc:   Clerk of the Court (by CM/ECF & Hand Delivery)
      All counsel of record (by CM/ECF and e-mail)