IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> v. <br><br> ABB INC., <br><br> *Defendant and Counterclaim-Plaintiff.* | C.A. No. 22-1257-GBW |

**DEFENDANT'S MOTION TO DISMISS COUNT II OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(c) AND 35 U.S.C. §101**

Pursuant to Federal Rule of Civil Procedure 12(c) and 35 U.S.C. §101, Defendant and Counterclaim-Plaintiff ABB Inc. ("ABB"), by and through its undersigned counsel, hereby moves to dismiss Plaintiff, RoboticVISIONTech, Inc.'s ("RVT") Count II of the Complaint. The grounds for this Motion are set forth in ABB's Opening Brief filed contemporaneously herewith.

*Of Counsel:*

Gregory S. Bombard, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
Phone: (617) 310-6027
Fax: (617) 310-6001
gregory.bombard@gtlaw.com

Andrew Sommer, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
Phone: (703) 749-1370
Fax: (703) 749-1301
sommera@gtlaw.com

Dated: July 15, 2024

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
Phone: (302) 661-7000
Fax: (302) 661-7360
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.*