IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC.,<br><br>    *Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>ABB INC.,<br><br>    *Defendant and Counterclaim-Plaintiff.* | C.A. No. 22-1257-GBW |

## **STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Opening expert reports for the party bearing the burden of proof**<br><br>**Provide availability for deposition of any experts submitting reports (D.I. 48 ¶ f.i)** | August 2, 2024 | August 30, 2024 |
| **Rebuttal expert reports, including any alleged objective indicia**<br><br>**Provide availability for deposition of any experts submitting reports (D.I. 48 ¶ f.i)** | August 30, 2024 | September 27, 2024 |
| **Reply expert reports, including response to any alleged objective indicia of non-obviousness**<br><br>**Provide availability for deposition of any experts submitting reports (D.I. 48 ¶ f.i)** | September 20, 2024 | October 18, 2024 |
| **Close of expert discovery** | October 23, 2024 | November 1, 2024 |

No other deadlines are affected by this stipulation.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Benjamin J. Schladweiler* |
| John W. Shaw (#3362) | Benjamin J. Schladweiler (#4601) |
| Karen E. Keller (#4489) | Renée Mosley Delcollo (#6442) |
| Nathan R. Hoeschen (#6232) | GREENBERG TRAURIG, LLP |
| Andrew E. Russell (#5382) | 222 Delaware Ave., Suite 1600 |
| Emily S. DiBenedetto (#6779) | Wilmington, DE 19801 |
| SHAW KELLER LLP | (302) 661-7000 |
| I.M. Pei Building | schladweilerb@gtlaw.com |
| 1105 North Market Street, 12th Floor | renee.delcollo@gtlaw.com |
| Wilmington, DE 19801 | |
| (302) 298-0700 | *Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.* |
| jshaw@shawkeller.com | |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| arussell@shawkeller.com | |
| edibenedetto@shawkeller.com | |

*Attorneys for Plaintiff and Counterclaim-Defendant RoboticVISIONTech, Inc.*

Dated: July 18, 2024

**SO ORDERED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE