IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBOTICVISIONTECH, INC.,           )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )   C.A. No. 22-1257-GBW
                                   )
ABB INC.,                          )
                                   )
        Defendant.                 )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the

deadline for Plaintiff RoboticVisionTech, Inc. to file its response to Defendant ABB, Inc.'s Motion

to Dismiss Count II of the Complaint Pursuant to Fed. R. Civ. P. 12(c) and 35 U.S.C. § 101 is

extended to and through August 12, 2024.

/s/ Emily S. DiBenedetto                    /s/ Benjamin J. Schladweiler
John W. Shaw (No. 3362)                     Benjamin J. Schladweiler (No. 4601)
Karen E. Keller (No. 4489)                  Renée Mosley Delcollo (No. 6442)
Andrew E. Russell (No. 5382)                GREENBERG TRAURIG, LLP
Nathan R. Hoeschen (No. 6232)               222 Delaware Avenue, Suite 1600
Emily S. DiBenedetto (No. 6779)             Wilmington, DE 19801
SHAW KELLER LLP                             (302) 661-7000
I.M. Pei Building                           schladweilerb@gtlaw.com
1105 North Market Street, 12th Floor        renee.delcollo@gtlaw.com
Wilmington, DE 19801                        Attorneys for Defendant
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
Attorneys for Plaintiff

Dated: July 19, 2024

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge