# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., *Plaintiff and Counterclaim-Defendant*, v. ABB INC., *Defendant and Counterclaim-Plaintiff.* | C.A. No. 22-1257-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the following deadlines are extended:

1) Defendant ABB Inc.'s ("ABB") deadline to serve its Final Invalidity Contentions shall be extended to August 2, 2024;

2) ABB shall serve a supplemental response to Plaintiff RoboticVisionTech, Inc.'s ("RVT") Interrogatory No. 13 by August 2, 2024;

3) ABB shall respond to RVT's Fourth Set of Interrogatories by August 6, 2024.

4) All parties shall, to the extent necessary, supplement contention interrogatory responses by August 9, 2024; and

5) ABB shall take the deposition of Rick Weidinger on August 13, 2024.

6) The deadline for serving opening experts reports is extended to September 3, 2024.

All other deadlines, including the fact-discovery deadline of August 2, 2024, shall remain in place.

| | |
|---|---|
| */s/ Emily S. DiBenedetto*<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Andrew E. Russell (#5382)<br>Emily S. DiBenedetto (#6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>arussell@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant RoboticVISIONTech, Inc.* | */s/ Renée Mosley Delcollo*<br>Benjamin J. Schladweiler (#4601)<br>Renée Mosley Delcollo (#6442)<br>GREENBERG TRAURIG, LLP<br>222 Delaware Ave., Suite 1600<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br>renee.delcollo@gtlaw.com<br><br>*Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.* |

Dated: August 2, 2024

 

**SO ORDERED** this _____ day of _____, 2024.

 

_____
UNITED STATES DISTRICT JUDGE