# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC.,<br><br>    *Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>ABB INC.,<br><br>    *Defendant and Counterclaim-Plaintiff*. | C.A. No. 22-1257-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the deadline for ABB Inc. to file its Reply Brief in support of its Motion to Dismiss (D.I. 195) shall be extended to August 28, 2024.

*/s/ Karen E. Keller*
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Andrew E. Russell (#5382)
Emily S. DiBenedetto (#6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
arussell@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff and Counterclaim-Defendant RoboticVISIONTech, Inc.*

Dated: August 14, 2024

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Counsel for Defendant and Counterclaim-Plaintiff ABB Inc.*

**SO ORDERED** this _____ day of _____, 2024.

                                                                                               _____
                                                                                               UNITED STATES DISTRICT JUDGE