IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., ) | |
| ) | |
| Plaintiff and Counterclaim-Defendant, ) | |
| ) | |
| v. ) | C.A. No. 22-1257-GBW |
| ) | |
| ABB INC., ) | |
| ) | |
| Defendant and Counterclaim-Plaintiff. ) | |
| ) | |
| ROBOTICVISIONTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-589-GBW |
| ) | |
| ABB INC. and ABB LTD., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO
<u>CONSOLIDATE AND STAY</u>**

WHEREAS, Plaintiff RoboticVISIONTech, Inc. ("RVT") filed *RoboticVISIONTech, Inc. v. ABB Inc.*, C.A. 22-1257-GBW ("*RVT I*") on September 22, 2022;

WHEREAS, RVT filed *RoboticVISIONTech, Inc. v. ABB Inc. and ABB Ltd.*, C.A. 24-589-GBW ("*RVT II*");

WHEREAS, ABB Inc. filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in *RVT I* at D.I. 195 and ABB Inc. and ABB Ltd filed two motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b) in *RVT II* at D.I. 20 and D.I. 22 (collectively, "the Rule 12 Motions");

WHEREAS, the parties agree that all deadlines in *RVT I*, including the deadlines for expert reports, expert discovery, dispositive and *Daubert* motions, and trial, should be vacated;

WHEREAS, the parties have agreed to consolidate *RVT I* and *RVT II* for all purposes, including trial;

WHEREAS, RVT has agreed to withdraw as moot its motion to consolidate the above-captioned cases (*RVT I* at D.I. 138; *RVT II* at D.I. 10) ("RVT's Motion to Consolidate");

WHEREAS, ABB has agreed to withdraw as moot its opposition to RVT's Motion to Consolidate and stipulate to consolidation of *RVT I* and *RVT II* for all purposes, including trial;

WHEREAS, the parties' agreements do not affect the briefing schedule for the Rule 12 Motions in *RVT II* or any other pending motions in *RVT I*;

WHEREAS, the Court issued an Oral Order on August 27, 2024 (D.I. 244 in *RVT I*);

WHEREAS, the parties agree to discuss resolution of the consolidated case including through private discussions and, if needed, private mediation;

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, subject to the approval of the Court as follows:

1. All deadlines in *RVT I*, including the deadlines for serving opening expert reports, rebuttal expert reports, reply expert reports, the close of expert discovery, dispositive and *Daubert* motions, and trial, are vacated;

2. The following cases shall be consolidated for all purposes, including trial: C.A. No. 22-1257-GBW and C.A. No. 24-589-GBW;

3. Hereafter, all papers in the consolidated case shall be filed in C.A. No. 22-1257-GBW and shall bear the following caption (the "Consolidated Action"):

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABB INC. and ABB LTD,<br><br>Defendants. | C.A. No. 22-1257-GBW<br>CONSOLIDATED |

    4.     The parties in the Consolidated Action shall be bound by the Protective Order in C.A. No. 22-1257-GBW (D.I. 243);

    5.     The parties shall meet and confer regarding a proposed schedule for the Consolidated Action;

    6.     The parties shall file a joint status report setting forth a proposed schedule for the Consolidated Action, including a reciprocal contention schedule in accordance with the Court's August 27, 2024 Oral Order (D.I. 244 in *RVT I*) no later than December 23, 2024, at which time, the Court will provide a new trial date;

    7.     Nothing about the agreements or stipulations reflected herein shall be deemed to be a waiver of ABB Ltd's position, set forth in its Rule 12(b)(2) motion, that the Court lacks personal jurisdiction over it.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Benjamin J. Schladweiler* |
| John W. Shaw (No. 3362) | Benjamin J. Schladweiler (No. 4601) |
| Andrew E. Russell (No. 5382) | Renée Mosley Delcollo (No. 6442) |
| Emily S. DiBenedetto (No. 6779) | GREENBERG TRAURIG, LLP |
| SHAW KELLER LLP | 222 Delaware Avenue, Suite 1600 |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 661-7000 |
| Wilmington, DE 19801 | schladweilerb@gtlaw.com |
| (302) 298-0700 | renee.delcollo@gtlaw.com |
| jshaw@shawkeller.com | |
| arussell@shawkeller.com | *Attorneys for Defendants* |
| edibenedetto@shawkeller.com | |

OF COUNSEL:

J.C. Rozendaal
Michael E. Joffre
Daniel S. Block
William H. Milliken
Anna G. Phillips
Steven M. Pappas
Brooke N. McLain
Paige E. Cloud
Ryan N. Kaiser
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street NW, 10th Floor
Washington, DC 20005
(202) 371-2600

*Attorneys for Plaintiff*

Dated: August 30, 2024

        SO ORDERED this _____ day of _____ 2024.

        _____
        United States District Court Judge